# EXHIBIT A





Book of Blood (2009), writer

Dread (2009), writer, producer

## Categories

Community content is available under CC-BY-SA unless otherwise noted.

## No Comments Yet

Be the first to comment on Clive Barker (1952-)l

**FANDOM**

**EXPLORE PROPERTIES**
Fandom
Muthead
Fanatical

**FOLLOW US**

**OVERVIEW**
What is Fandom?
About
Careers
Press
Contact
Terms of Use
Privacy Policy
Digital Services Act
Global Sitemap
Local Sitemap

**COMMUNITY**
Community Central
Support
Help

**ADVERTISE**
Media Kit
Contact

**FANDOM APPS**
Take your favorite fandoms with you and never miss a beat.

App Store

Google Play

Monster and Slashers Wiki is a FANDOM Movies Community.

VIEW MOBILE SITE

Follow on IG    TikTok    Join Fan Lab

USCO Registration
VA-1-431-698

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1−431−698**

*#U#000143169B#*

EFFECTIVE DATE OF REGISTRATION

July 7 2010

Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼ See instructions**

Photographs

**Previous or Alternative Titles ▼**

\* Group Registration/Published Photos − 1126 photos − 2/4/2009 − 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____ U.S.A. ____

**Was This Author's Contribution to the Work**
Anonymous?    ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2009
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month 2/4/2009 − 10/26/2009
Nation ★USA

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

*(right margin, vertical: DO NOT WRITE HERE — OFFICE USE ONLY)*

APPLICATION RECEIVED
3/26/14
ONE DEPOSIT RECEIVED
7/7/10    3/16/14
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

\* Amended by C.O. on authority of Michael Grecco
in phone call of 3/20/2014.

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
  Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                    **Year of Registration** ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number    (310) 452-4461          Fax number    (310) 452-4462

Email    michael@michaelgrecco.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of    Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                              Date    7/5/10

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1 – 431 – 698**

*#VA0001431698#*

July 7 2010
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

3/26/14

Page ___3___ of ___11___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Michael Grecco Photography, Inc.___

Name of Copyright Claimant ___Michael Grecco Photography, Inc.___

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph ___Getty Archive Published Images 02/04/09___
Date of First Publication ___02/04/09___ (Month) (Day) (Year)   Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 2**
Title of Photograph ___Getty Archive Published Images 02/09/09___
Date of First Publication ___02/09/09___ (Month) (Day) (Year)   Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 3**
Title of Photograph ___Getty Archive Published Images 02/10/09___
Date of First Publication ___02/10/09___ (Month) (Day) (Year)   Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 4**
Title of Photograph ___Getty Archive Published Images 02/12/09___
Date of First Publication ___02/12/09___ (Month) (Day) (Year)   Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 5**
Title of Photograph ___Getty Archive Published Images 02/24/09___
Date of First Publication ___02/24/09___ (Month) (Day) (Year)   Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

| Number |  |
|---|---|
| 6 | Title of Photograph  Getty Archive Published Images 02/25/09 |
|  | Date of First Publication  02/25/09  Nation of First Publication  USA |
|  | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

**B** Registration for Group of Published Photographs (continued)

| Number |  |
|---|---|
| 7 | Title of Photograph  Getty Archive Published Images 03/25/09 |
|  | Date of First Publication  03/25/09  Nation of First Publication  USA |
|  | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| Number |  |
|---|---|
| 8 | Title of Photograph  Getty Archive Published Images 04/09/09 |
|  | Date of First Publication  04/09/09  Nation of First Publication  USA |
|  | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| Number |  |
|---|---|
| 9 | Title of Photograph  Getty Archive Published Images 04/20/09 |
|  | Date of First Publication  04/20/09  Nation of First Publication  USA |
|  | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| Number |  |
|---|---|
| 10 | Title of Photograph  Getty Archive Published Images 06/03/09 |
|  | Date of First Publication  06/03/09  Nation of First Publication  USA |
|  | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| Number |  |
|---|---|
| 11 | Title of Photograph  Getty Archive Published Images 06/16/09 |
|  | Date of First Publication  06/16/09  Nation of First Publication  USA |
|  | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| Number |  |
|---|---|
| 12 | Title of Photograph  Getty Archive Published Images 10/26/09 |
|  | Date of First Publication  10/26/09  Nation of First Publication  USA |
|  | Description of Photograph  A collection of images published for sale on www.gettyimages.com |

| Number |  |
|---|---|
|  | Title of Photograph _____ |
|  | Date of First Publication _____  Nation of First Publication _____ |
|  | Description of Photograph _____ |

| Number |  |
|---|---|
|  | Title of Photograph _____ |
|  | Date of First Publication _____  Nation of First Publication _____ |
|  | Description of Photograph _____ |

| Number |  |
|---|---|
|  | Title of Photograph _____ |
|  | Date of First Publication _____  Nation of First Publication _____ |
|  | Description of Photograph _____ |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Michael Grecco Photography, Inc.

Number / Street / Apt ▼
1701 Pier Avenue

City / State / Zip ▼
Santa Monica, CA 90405

**YOU MUST:**
· Complete all necessary spaces
· Sign your application
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

FORM CA/PPH/CON   REV 07/2006   PRINT: 07/2006 — 61,000   Printed on recycled paper

U.S. Government Printing Office: 2006-......./-.,...



| | | | | |
|---|---|---|---|---|
| Archer_Army_MGP_002 | Archer_Army_MGP_003 | Arnold_Tom_MGP_001 | Arthur_Bea_MGP_001 | Ashworh_John_MGP_001 |
| Ashworth_John_MGP_002 | Ashworth_John_MGP_004 | Ashworth_John_MGP_005 | Ashworth_John_MGP_006 | Autry_Gene_MGP_001 |
| Autry_Gene_MGP_002 | Avery_James_MGP_001 | B52s_MGP_001 | B52s_MGP_002 | B52s_MGP_003 |
| Bach_Catherine_MGP_001 | Baez_Joan_MGP_001 | Baez_Joan_MGP_002 | Baker_Dusty_MGP_001 | Baker_Dusty_MGP_002 |
| Baker_Howard_MGP_001 | Baker_Howard_MGP_002 | Baker_Rick_MGP_001 | Bakula_Scott_MGP_001 | Bakula_Scott_MGP_002 |
| Baldwin_Adam_MGP_001 | Baldwin_Adam_MGP_002 | Ballmer_Steve_MGP_001 | Ballmer_Steve_MGP_002 | Ballmer_Steve_MGP_003 |
| Ballmer_Steve_MGP_004 | Bangles_The_MGP_001 | Bangles_The_MGP_002 | Barker_Clive_MGP_001 | Barker_Clive_MGP_002 |
| Barr_Roseanne_MGP_001 | Barr_Roseanne_MGP_002 | Barr_Roseanne_MGP_003 | Barrymore_Drew_MGP_001 | Barrymore_Drew_MGP_002 |
| Barrymore_Drew_MGP_003 | Bateman_Justine_MGP_001 | Bateman_Justine_MGP_002 | Beard_Amanda_MGP_001 | Beard_Amanda_MGP_002 |

DMCA Takedown Notice

## Copyright Infringement Notice

**Copyright Department <copyright@grecco.com>**

Mon 4/22/2024 10:45 PM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (1 MB)

20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B-Barker_Clive.pdf; Screenshot 2024-04-18 191206 (1).JPG;

April 22, 2024

Copyright Agent
Fandom, Inc.
130 Sutter Street, 4th Floor
San Francisco, CA 94104

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19940525_Barker_Clive_MGP_0002.jpg"

Locations:

https://monster-and-slashers.fandom.com/wiki/Clive_Barker_(1952-)

https://monster-and-slashers.fandom.com/wiki/Clive_Barker_(1952-)?file=Clive_Barker.JPG

https://static.wikia.nocookie.net/monster-and-slashers/images/2/2c/Clive_Barker.JPG/revision/latest?cb=20200612152721

File/excerpt name: 19940525_Barker_Clive_MGP_0002.jpg

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Acknowledgment of DMCA

## Fandom welcome email

### Fandom <support@fandom.zendesk.com>

Mon 4/22/2024 10:45 PM

To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/MzG1gIDJezs6aekZjmbCTKZPe/

---

This email is a service from Fandom. Delivered by **Zendesk**