# EXHIBIT B




Case 2:24-cv-05963-PA-BFM     Document 1-2     Filed 07/16/24     Page 3 of 15   Page ID #:34



USCO Registration VA-1-431-698

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1–431–698**

*UA0001431698*

EFFECTIVE DATE OF REGISTRATION

July 7 2010
Month / Day / Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**
Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
* Group Registration/Published Photos – 1126 photos – 2/4/2009 – 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**NAME OF AUTHOR ▼**
Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in U.S.A.

**Was This Author's Contribution to the Work**
Anonymous?    ☑ Yes  ☐ No
Pseudonymous? ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☑ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork     ☐ Photograph     ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2009  Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Month *2/4/2009 – Day 10/26/2009 Year
*USA Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

**APPLICATION RECEIVED** 3/26/14
**ONE DEPOSIT RECEIVED** 7/7/10  3/16/14
**TWO DEPOSITS RECEIVED**
**FUNDS RECEIVED**

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\* Amended by C.O. on authority of Michael Grecco in phone call of 3/20/2014.

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
   Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼    Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number  (310) 452-4461    Fax number  (310) 452-4462
Email  michael@michaelgrecco.com

**CERTIFICATION**  I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President    Date  7/5/10

Handwritten signature (X) ▼
X _____

Certificate will be mailed in window envelope to this address:

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1-431-698**

*UA0001431698*

~~EFFECTIVE DATE OF REGISTRATION~~

July 7 2010
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

3/26/14

Page __3__ of __11__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author __Michael Grecco Photography, Inc.__

Name of Copyright Claimant __Michael Grecco Photography, Inc.__

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph __Getty Archive Published Images 02/04/09__
Date of First Publication __02/04/09__ Nation of First Publication __USA__
Description of Photograph __A collection of images published for sale on www.gettyimages.com__

**Number 2**
Title of Photograph __Getty Archive Published Images 02/09/09__
Date of First Publication __02/09/09__ Nation of First Publication __USA__
Description of Photograph __A collection of images published for sale on www.gettyimages.com__

**Number 3**
Title of Photograph __Getty Archive Published Images 02/10/09__
Date of First Publication __02/10/09__ Nation of First Publication __USA__
Description of Photograph __A collection of images published for sale on www.gettyimages.com__

**Number 4**
Title of Photograph __Getty Archive Published Images 02/12/09__
Date of First Publication __02/12/09__ Nation of First Publication __USA__
Description of Photograph __A collection of images published for sale on www.gettyimages.com__

**Number 5**
Title of Photograph __Getty Archive Published Images 02/24/09__
Date of First Publication __02/24/09__ Nation of First Publication __USA__
Description of Photograph __A collection of images published for sale on www.gettyimages.com__

| Number | | |
|---|---|---|
| 6 | Title of Photograph | Getty Archive Published Images 02/25/09 |
| | Date of First Publication | 02/25/09 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com (Optional) |
| 7 | Title of Photograph | Getty Archive Published Images 03/25/09 |
| | Date of First Publication | 03/25/09 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com (Optional) |
| 8 | Title of Photograph | Getty Archive Published Images 04/09/09 |
| | Date of First Publication | 04/09/09 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com (Optional) |
| 9 | Title of Photograph | Getty Archive Published Images 04/20/09 |
| | Date of First Publication | 04/20/09 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com (Optional) |
| 10 | Title of Photograph | Getty Archive Published Images 06/03/09 |
| | Date of First Publication | 06/03/09 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com (Optional) |
| 11 | Title of Photograph | Getty Archive Published Images 06/16/09 |
| | Date of First Publication | 06/16/09 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com (Optional) |
| 12 | Title of Photograph | Getty Archive Published Images 10/26/09 |
| | Date of First Publication | 10/26/09 (Month) (Day) (Year)   Nation of First Publication  USA |
| | Description of Photograph | A collection of images published for sale on www.gettyimages.com (Optional) |

**B** Registration for Group of Published Photographs (continued)

**C** Certificate will be mailed in window envelope to this address:

Name ▼ Michael Grecco Photography, Inc.
Number / Street / Apt ▼ 1701 Pier Avenue
City / State / Zip ▼ Santa Monica, CA 90405

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

FORM GR/PPH/CON   REV 07/2006   PRINT: 07/2006 — xx,000   Printed on recycled paper                U.S. Government Printing Office: 2006-xxx-xxx/xx,xxx



Bush_George_MGP_003

Bush_George_MGP_004

Bush_George_MGP_005

Bush_George_MGP_006

Bush_George_MGP_007

Bush_George_MGP_008

Bush_George_MGP_009

Buss_Jerry_MGP_001

Buss_Jerry_MGP_002

Buss_Jerry_MGP_003

Buss_Jerry_MGP_004

Byrne_David_MGP_001

Byrne_David_MGP_002

Byrne_David_MGP_003

Byrne_David_MGP_004

Byrne_David_MGP_005

Caan_James_MGP_002

Caan_James_MGP_003

Caan_James_MGP_004

Caan_James_MGP_005

Caan_James_MGP_006

Cagney_James_MGP_001

Camp_Colleen_MGP_001

Camp_Colleen_MGP_002

Campbell_Tevin_MGP_001

Campbell_Tevin_MGP_002

Campbell_Tevin_MGP_003

Campbell_Tevin_MGP_004

Campbell_Tisha_MGP_001

Candy_John_MGP_001

Candy_John_MGP_002

Carew_Rod_MGP_001

Carew_Rod_MGP_002

Carew_Rod_MGP_003

Carter_Jimmy_MGP_001

Carter_Jimmy_MGP_002

Carter_Jimmy_MGP_003

Carter_Jimmy_MGP_004

Cash_Johnny_MGP_001

Cash_Johnny_MGP_002

Cassidy_Shawn_MGP_001

Cassidy_Shawn_MGP_002

Cassidy_Shawn_MGP_003

Chang_Michael_MGP_001

Chang_Michael_MGP_002

# DMCA Takedown Notice

## Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Fri 11/3/2023 10:15 PM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (17 MB)
20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B.pdf; Screen Shot 2023-10-26 at 12.26.58 PM.png;

November 03, 2023

Copyright Agent

Fandom, Inc

130 Sutter Street, 4th Floor

San Francisco, CA 94104

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "19870701_Camp_Colleen_MGP_0001"

Location: https://smokey.fandom.com/wiki/Colleen_Camp

https://static.wikia.nocookie.net/smokey/images/3/31/Sb_camp.jpg/revision/latest?cb=20170322192554

File/Excerpt Name: 19870701_Camp_Colleen_MGP_0001

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the works in which you own copyright.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street

Santa Monica, CA 90405

+1.310.452.4461

I have a good faith belief that the use of the material that appears on the service is not authorized by myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this

notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,


Michael Grecco

President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





# Acknowledgment of DMCA

**Fandom welcome email**

Fandom <support@fandom.zendesk.com>
Fri 11/3/2023 10:16 PM
To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/nl84NIE6BIVEcTSxDzqEslJEJ/

This email is a service from Fandom. Delivered by Zendesk.