# EXHIBIT C





## Categorías ⌄

El contenido de la comunidad está disponible bajo CC-BY-SA a menos que se indique lo contrario.

## Aún no hay comentarios

¡Sé el primero en comentar en Gillian Anderson!



**EXPLORAR PRODUCTOS**
Fandom
Muthead
Fanatical

**SÍGUENOS**
f  t

**VISTA GENERAL**
¿Qué es Fandom?
Acerca de
Empleo
Prensa
Contactar
Términos de uso
Política de privacidad
Ley de servicios digitales
Mapa del sitio global
Mapa del sitio local

**COMUNIDAD**
Comunidad Central
Soporte
Ayuda

**PUBLICIDAD**
Kit de medios

**APPS DE FANDOM**
Lleva tu comunidad favorita
contigo y no te pierdas de nada.

 

Wiki Mujeres es una comunidad FANDOM en Estilo de vida.

VER SITIO MÓVIL

Follow on IG    TikTok    Join Fan Lab    Check out Fandom Quizzes and cha





## Categorías ⌄

El contenido de la comunidad está disponible bajo CC-BY-SA a menos que se indique lo contrario.

### Aún no hay comentarios

¡Sé el primero en comentar en Gillian Anderson!

---



### Fandom

**EXPLORAR PRODUCTOS**

Fandom

Muthead

Fanatical

**SÍGUENOS**

f  𝕏

**VISTA GENERAL**

¿Qué es Fandom?

Acerca de

Empleo

Prensa

Contactar

Términos de uso

Política de privacidad

Ley de servicios digitales

Mapa del sitio global

Mapa del sitio local

**COMUNIDAD**

Comunidad Central

Soporte

Ayuda

**PUBLICIDAD**

Kit de medios

**APPS DE FANDOM**

Lleva tu comunidad favorita contigo y no te pierdas de nada.

 

Wiki Mujeres es una comunidad FANDOM en Estilo de vida.

VER SITIO MÓVIL

Follow on IG   TikTok   Join Fan Lab   Check out Fandom Quizzes and cha



USCO Registration
VA-2-063-319

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-063-319

**Effective Date of Registration:**
July 27, 2017

## Title _____

**Title of Work:** Group Registration Photos, Grecco Photography X-Files 6, published on or about Oct. 25, 1993, 25 Photos

**Content Title:** _19930625_X-Files_The_MGP_0022

_19930625_X-Files_The_MGP_0023

_19930625_X-Files_The_MGP_0024

_19930625_X-Files_The_MGP_0025

_19930625_X-Files_The_MGP_0026

_19930625_X-Files_The_MGP_0027

_19930625_X-Files_The_MGP_0028

_19930625_X-Files_The_MGP_0029

_19930625_X-Files_The_MGP_0030

_19930625_X-Files_The_MGP_0031

_19930625_X-Files_The_MGP_0032

_19930625_X-Files_The_MGP_0033

_19930625_X-Files_The_MGP_0034

_19930625_X-Files_The_MGP_0036

_19930625_X-Files_The_MGP_0037

_19930625_X-Files_The_MGP_0038

_19930625_X-Files_The_MGP_0039

_19930625_X-Files_The_MGP_0040

_19930625_X-Files_The_MGP_0041

_19930625_X-Files_The_MGP_0042

19930625_Anderson_Gillian_MGP_0003

19930625_Anderson_Gillian_MGP_0004

19930625_Anderson_Gillian_MGP_0006

19930625_Anderson_Gillian_MGP_0007

19930625_Anderson_Gillian_MGP_0012

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | October 25, 1993 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. |
| | 3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | By assignment |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

## Certification

| | |
|---|---|
| **Name:** | Michael Grecco |
| **Date:** | August 17, 2017 |

| | |
|---|---|
| **Correspondence:** | Yes |

|                     |                  |
|--------------------:|:-----------------|
| **Registration #:** | *-APPLICATION-*  |
| **Service Request #:** | 1-5664509452  |

## Mail Certificate

Michael Grecco Productions, Inc.
Michael Grecco
3103 17th Street
Santa Monica, CA 90405 United States

**Priority:**    Routine                    **Application Date:**    July 27, 2017
**Note to C.O.:** Please expedite. Pending litigation. Thank you.

## Correspondent

| | |
|--:|:--|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Fax:** | (310)452-4462 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Group Registration Photos, Grecco Photography X-Files 6, published on or about Oct. 25, 1993, Photos |
| **Content Title:** | _19930625_X-Files_The_MGP_0022 |
| | _19930625_X-Files_The_MGP_0023 |
| | _19930625_X-Files_The_MGP_0024 |
| | _19930625_X-Files_The_MGP_0025 |
| | _19930625_X-Files_The_MGP_0026 |
| | _19930625_X-Files_The_MGP_0027 |
| | _19930625_X-Files_The_MGP_0028 |
| | _19930625_X-Files_The_MGP_0029 |
| | _19930625_X-Files_The_MGP_0030 |
| | _19930625_X-Files_The_MGP_0031 |
| | _19930625_X-Files_The_MGP_0032 |
| | _19930625_X-Files_The_MGP_0033 |
| | _19930625_X-Files_The_MGP_0034 |
| | _19930625_X-Files_The_MGP_0036 |
| | _19930625_X-Files_The_MGP_0037 |
| | _19930625_X-Files_The_MGP_0038 |
| | _19930625_X-Files_The_MGP_0039 |
| | _19930625_X-Files_The_MGP_0040 |
| | _19930625_X-Files_The_MGP_0041 |
| | _19930625_X-Files_The_MGP_0042 |
| | 19930625_Anderson_Gillian_MGP_0003 |
| | 19930625_Anderson_Gillian_MGP_0004 |

19930625_Anderson_Gillian_MGP_0006

19930625_Anderson_Gillian_MGP_0007

19930625_Anderson_Gillian_MGP_0012

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1993 |
| **Date of 1st Publication:** | October 25, 1993 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. |
| | 3103 17th Street, Santa Monica, CA, 90405, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

## Certification

| | |
|---|---|
| **Name:** | Michael Grecco |
| **Date**: | August 17, 2017 |

| | |
|---|---|
| **Correspondence:** | Yes |



# 20170122_Grecco_Photography_X-Files_6

| Name | Kind | Size | Date Modified |
|------|------|------|---------------|
| _19930625_X-Files_The_MGP_0023.jpg | Adobe Photoshop JPEG file | 59 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0022.jpg | Adobe Photoshop JPEG file | 111 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0024.jpg | Adobe Photoshop JPEG file | 62 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0025.jpg | Adobe Photoshop JPEG file | 69 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0026.jpg | Adobe Photoshop JPEG file | 79 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0027.jpg | Adobe Photoshop JPEG file | 57 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0028.jpg | Adobe Photoshop JPEG file | 93 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0029.jpg | Adobe Photoshop JPEG file | 117 KB | 7/26/17 at 11:35:30 PM |
| _19930625_X-Files_The_MGP_0030.jpg | Adobe Photoshop JPEG file | 95 KB | 7/26/17 at 11:35:31 PM |
| _19930625_X-Files_The_MGP_0031.jpg | Adobe Photoshop JPEG file | 31 KB | 7/26/17 at 11:35:31 PM |
| _19930625_X-Files_The_MGP_0032.jpg | Adobe Photoshop JPEG file | 88 KB | 7/26/17 at 11:35:31 PM |
| _19930625_X-Files_The_MGP_0034.jpg | Adobe Photoshop JPEG file | 83 KB | 7/26/17 at 11:35:31 PM |
| _19930625_X-Files_The_MGP_0036.jpg | Adobe Photoshop JPEG file | 95 KB | 7/26/17 at 11:35:31 PM |
| _19930625_X-Files_The_MGP_0037.jpg | Adobe Photoshop JPEG file | 96 KB | 7/26/17 at 11:35:31 PM |
| _19930625_X-Files_The_MGP_0039.jpg | Adobe Photoshop JPEG file | 36 KB | 7/26/17 at 11:35:31 PM |
| _19930625_X-Files_The_MGP_0033.jpg | Adobe Photoshop JPEG file | 117 KB | 7/26/17 at 11:35:32 PM |
| _19930625_X-Files_The_MGP_0040.jpg | Adobe Photoshop JPEG file | 79 KB | 7/26/17 at 11:35:32 PM |
| _19930625_X-Files_The_MGP_0038.jpg | Adobe Photoshop JPEG file | 84 KB | 7/26/17 at 11:35:32 PM |
| _19930625_X-Files_The_MGP_0041.jpg | Adobe Photoshop JPEG file | 80 KB | 7/26/17 at 11:35:32 PM |
| 19930625_Anderson_Gillian_MGP_0003.jpg | Adobe Photoshop JPEG file | 120 KB | 7/26/17 at 11:35:32 PM |
| 19930625_Anderson_Gillian_MGP_0004.jpg | Adobe Photoshop JPEG file | 126 KB | 7/26/17 at 11:35:32 PM |
| 19930625_Anderson_Gillian_MGP_0006.jpg | Adobe Photoshop JPEG file | 129 KB | 7/26/17 at 11:35:33 PM |
| 19930625_Anderson_Gillian_MGP_0012.jpg | Adobe Photoshop JPEG file | 33 KB | 7/26/17 at 11:35:33 PM |
| 19930625_Anderson_Gillian_MGP_0007.jpg | Adobe Photoshop JPEG file | 166 KB | 7/26/17 at 11:35:34 PM |
| _19930625_X-Files_The_MGP_0042.jpg | Adobe Photoshop JPEG file | 113 KB | 7/26/17 at 11:35:35 PM |











19930625_Anderson_Gillian_MGP_000
3



19930625_Anderson_Gillian_MGP_000
4



19930625_Anderson_Gillian_MGP_000
6



19930625_Anderson_Gillian_MGP_000
7



19930625_Anderson_Gillian_MGP_001
2



_19930625_X-Files_The_MGP_00
22



_19930625_X-Files_The_MGP_00
23



_19930625_X-Files_The_MGP_00
24



_19930625_X-Files_The_MGP_00
25



_19930625_X-Files_The_MGP_00
26



_19930625_X-Files_The_MGP_00
27



_19930625_X-Files_The_MGP_00
28



_19930625_X-Files_The_MGP_00
29



_19930625_X-Files_The_MGP_00
30



_19930625_X-Files_The_MGP_00
31



_19930625_X-Files_The_MGP_00
32



_19930625_X-Files_The_MGP_00
33



_19930625_X-Files_The_MGP_00
34



_19930625_X-Files_The_MGP_00
36



_19930625_X-Files_The_MGP_00
37

_19930625_X-Files_The_MGP_00
38

_19930625_X-Files_The_MGP_00
39

_19930625_X-Files_The_MGP_00
40

_19930625_X-Files_The_MGP_00
41

_19930625_X-Files_The_MGP_00
42

# DMCA Takedown Notice

Copyright Infringement Notice

**Copyright Department <copyright@grecco.com>**

Mon 2/12/2024 6:21 PM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (17 MB)

20170122_Grecco_Photography_X-Files_Anderson (1).pdf; 20170122_Grecco_Photography_X-Files_Anderson (2).pdf;

February 12, 2024

Copyright Agent
Fandom, Inc.
130 Sutter Street, 4th Floor
San Francisco, CA 94104

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

>   Work: Photograph titled "19930625_Anderson_Gillian_MGP_0006.jpg"

>   Locations:

>>   https://mujeres.fandom.com/es/wiki/Gillian_Anderso

>>   https://mujeres.fandom.com/es/wiki/Gillian_Anderson?file=Daac1.jpg

>>   https://static.wikia.nocookie.net/mujeres/images/a/a4/Daac1.jpg/revision/latest/scale-to-width-down/1000?cb=20201110145132&path-prefix=es

>   File/excerpt name: 19930625_Anderson_Gillian_MGP_0006.jpg

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

>   Michael Grecco Productions, Inc.
>   3103 17th Street
>   Santa Monica, CA 90405
>   +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,

Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**

Director + Photographer

O: +1-310-452-4461

M: +1-310-251-4451

W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Acknowledgment of DMCA

## Fandom welcome email

Fandom <support@fandom.zendesk.com>

Mon 2/12/2024 6:22 PM

To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/OIqOtpduVMS1r3wfrH6jbhgnh/

This email is a service from Fandom. Delivered by **Zendesk**