# EXHIBIT E







USCO Registration
VAu-1-206-959

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-206-959**

**Effective Date of Registration:**
April 01, 2015

---

**Title**

**Title of Work:** Grecco Unpublished 2/25/2015 to 3/31/2015

**Completion/Publication**

**Year of Completion:** 2015

**Author**

●        **Author:** MGP, Inc.
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States
**Anonymous:** Yes

**Copyright Claimant**

**Copyright Claimant:** MGP, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States

**Rights and Permissions**

**Organization Name:** MGP, Inc.
**Name:** Michael Grecco
**Email:** michael@michaelgrecco.com
**Telephone:** (310)452-4461
**Address:** 3103 17th Street
Santa Monica, CA 90405 United States

**Certification**

**Name:** Michael Grecco
**Date:** April 01, 2015

---

**Correspondence:**    Yes

**Copyright Office notes:**    Regarding registration of multiple works: registered as an unpublished collection

VAU-1 206-959

**Registration Number**
**\*-APPLICATION-\***

## Title

**Title of Work:** Grecco Unpublished 2/25/2015 to 3/31/2015

## Completion/Publication

**Year of Completion:** 2015

## Author

- **Author:** MGP, Inc.
**Author Created:** photograph
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States
**Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** MGP, Inc.
3103 17th Street, Santa Monica, CA, 90405, United States

## Rights and Permissions

**Organization Name:** MGP, Inc.
**Name:** Michael Grecco
**Email:** michael@michaelgrecco.com
**Telephone:** (310)452-4461
**Address:** 3103 17th Street
Santa Monica, CA 90405 United States

## Certification

**Name:** Michael Grecco
**Date:** April 01, 2015

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-2265231652

## Mail Certificate

MGP, Inc.
Michael Grecco
3103 17th Street
Santa Monica, CA 90405 United States

**Priority:**   Routine                    **Application Date:**   April 01, 2015

## Correspondent

**Organization Name:**   MGP, Inc.
**Name:**   Michael Grecco
**Email:**   michael@michaelgrecco.com
**Telephone:**   (310)452-4461
**Fax:**   (310)452-4462
**Address:**   3103 17th Street
             Santa Monica, CA 90405 United States

From: **Copyright Office** noreply@loc.gov
Subject: Confirmation of Receipt
Date: March 31, 2015 at 10:34 PM
To: Michael@MichaelGrecco.com



THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Grecco Unpublished 2/25/2015 to 3/31/2015 were received by the U.S.Copyright Office on 4/1/2015.

PLEASE NOTE: Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-2265231652 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS: If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-2265231652. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office



From: **Copyright Office** cop-rc@loc.gov
Subject: Acknowledgement of Uploaded Deposit
Date: March 31, 2015 at 10:42 PM
To: Michael@MichaelGrecco.com

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-2265231652

File Name :20150225_to_20150331_grecco_unpublished.zip
File Size :15070209 KB
Date/Time :4/1/2015 1:35:14 AM

[THREAD ID: 1-11GNY5P]

United States Copyright Office

20150218_Panasonic_..._Young_4K_Stils_MGP
  MG_PANASONIC_033115_4K_Still_01.jpg
  MG_PANASONIC_033115_4K_Still_02.jpg
  MG_PANASONIC_033115_4K_Still_03.jpg
  MG_PANASONIC_033115_4K_Still_04.jpg
  MG_PANASONIC_033115_4K_Still_05.jpg
  MG_PANASONIC_033115_4K_Still_06.jpg
  MG_PANASONIC_033115_4K_Still_07.jpg
  MG_PANASONIC_033115_4K_Still_08.jpg
20150316_Stirling_Lindsey_MGP
  JPEG

    20150316_Stirling_Lindsey_MGP_0011.jpg
    20150316_Stirling_Lindsey_MGP_0013.jpg
    20150316_Stirling_Lindsey_MGP_0017.jpg
    20150316_Stirling_Lindsey_MGP_0021.jpg
    20150316_Stirling_Lindsey_MGP_0029.jpg
    20150316_Stirling_Lindsey_MGP_0032.jpg
    20150316_Stirling_Lindsey_MGP_0040.jpg
    20150316_Stirling_Lindsey_MGP_0041.jpg
    20150316_Stirling_Lindsey_MGP_0043.jpg
    20150316_Stirling_Lindsey_MGP_0044.jpg
    20150316_Stirling_Lindsey_MGP_0045.jpg
    20150316_Stirling_Lindsey_MGP_0047.jpg
    20150316_Stirling_Lindsey_MGP_0050.jpg
    20150316_Stirling_Lindsey_MGP_0052.jpg
    20150316_Stirling_Lindsey_MGP_0053.jpg
    20150316_Stirling_Lindsey_MGP_0056.jpg
    20150316_Stirling_Lindsey_MGP_0059.jpg
    20150316_Stirling_Lindsey_MGP_0061.jpg
    20150316_Stirling_Lindsey_MGP_0062.jpg
    20150316_Stirling_Lindsey_MGP_0063.jpg
    20150316_Stirling_Lindsey_MGP_0066.jpg
    20150316_Stirling_Lindsey_MGP_0067.jpg
    20150316_Stirling_Lindsey_MGP_0070.jpg
    20150316_Stirling_Lindsey_MGP_0074.jpg
    20150316_Stirling_Lindsey_MGP_0079.jpg
    20150316_Stirling_Lindsey_MGP_0084.jpg
    20150316_Stirling_Lindsey_MGP_0097.jpg
    20150316_Stirling_Lindsey_MGP_0104.jpg
    20150316_Stirling_Lindsey_MGP_0100.jpg
    20150316_Stirling_Lindsey_MGP_0102.jpg
    20150316_Stirling_Lindsey_MGP_0111.jpg
    20150316_Stirling_Lindsey_MGP_0119.jpg
    20150316_Stirling_Lindsey_MGP_0129.jpg
    20150316_Stirling_Lindsey_MGP_0134.jpg
    20150316_Stirling_Lindsey_MGP_0135.jpg
    20150316_Stirling_Lindsey_MGP_0140.jpg
    20150316_Stirling_Lindsey_MGP_0141.jpg
    20150316_Stirling_Lindsey_MGP_0155.jpg
    20150316_Stirling_Lindsey_MGP_0151.jpg
    20150316_Stirling_Lindsey_MGP_0170.jpg
    20150316_Stirling_Lindsey_MGP_0182.jpg
    20150316_Stirling_Lindsey_MGP_0185.jpg
    20150316_Stirling_Lindsey_MGP_0188.jpg
    20150316_Stirling_Lindsey_MGP_0189.jpg
    20150316_Stirling_Lindsey_MGP_0203.jpg
    20150316_Stirling_Lindsey_MGP_0191.jpg
    20150316_Stirling_Lindsey_MGP_0206.jpg
    20150316_Stirling_Lindsey_MGP_0209.jpg
    20150316_Stirling_Lindsey_MGP_0210.jpg
    20150316_Stirling_Lindsey_MGP_0211.jpg
    20150316_Stirling_Lindsey_MGP_0216.jpg

20150316_Stirling_Lindsey_MGP_0213.jpg
20150316_Stirling_Lindsey_MGP_0220.jpg
20150316_Stirling_Lindsey_MGP_0238.jpg
20150316_Stirling_Lindsey_MGP_0239.jpg
20150316_Stirling_Lindsey_MGP_0244.jpg
20150316_Stirling_Lindsey_MGP_0241.jpg
20150316_Stirling_Lindsey_MGP_0245.jpg
20150316_Stirling_Lindsey_MGP_0248.jpg
20150316_Stirling_Lindsey_MGP_0250.jpg
20150316_Stirling_Lindsey_MGP_0253.jpg
20150316_Stirling_Lindsey_MGP_0264.jpg
20150316_Stirling_Lindsey_MGP_0254.jpg
20150316_Stirling_Lindsey_MGP_0280.jpg
20150316_Stirling_Lindsey_MGP_0283.jpg
20150316_Stirling_Lindsey_MGP_0306.jpg
20150316_Stirling_Lindsey_MGP_0287.jpg
20150316_Stirling_Lindsey_MGP_0300.jpg
20150316_Stirling_Lindsey_MGP_0301.jpg
20150316_Stirling_Lindsey_MGP_0307.jpg
20150316_Stirling_Lindsey_MGP_0313.jpg
20150316_Stirling_Lindsey_MGP_0310.jpg
20150316_Stirling_Lindsey_MGP_0318.jpg
20150316_Stirling_Lindsey_MGP_0315.jpg
20150316_Stirling_Lindsey_MGP_0321.jpg
20150316_Stirling_Lindsey_MGP_0325.jpg
20150316_Stirling_Lindsey_MGP_0016.jpg
20150316_Stirling_Lindsey_MGP_0049.jpg
20150316_Stirling_Lindsey_MGP_0024.jpg
20150316_Stirling_Lindsey_MGP_0033.jpg
20150316_Stirling_Lindsey_MGP_0075.jpg
20150316_Stirling_Lindsey_MGP_0037.jpg
20150316_Stirling_Lindsey_MGP_0051.jpg
20150316_Stirling_Lindsey_MGP_0103.jpg
20150316_Stirling_Lindsey_MGP_0122.jpg
20150316_Stirling_Lindsey_MGP_0133.jpg
20150316_Stirling_Lindsey_MGP_0127.jpg
20150316_Stirling_Lindsey_MGP_0131.jpg
20150316_Stirling_Lindsey_MGP_0138.jpg
20150316_Stirling_Lindsey_MGP_0146.jpg
20150316_Stirling_Lindsey_MGP_0148.jpg
20150316_Stirling_Lindsey_MGP_0154.jpg
20150316_Stirling_Lindsey_MGP_0152.jpg
20150316_Stirling_Lindsey_MGP_0158.jpg
20150316_Stirling_Lindsey_MGP_0160.jpg
20150316_Stirling_Lindsey_MGP_0162.jpg
20150316_Stirling_Lindsey_MGP_0167.jpg
20150316_Stirling_Lindsey_MGP_0175.jpg
20150316_Stirling_Lindsey_MGP_0192.jpg
20150316_Stirling_Lindsey_MGP_0193.jpg
20150316_Stirling_Lindsey_MGP_0197.jpg
20150316_Stirling_Lindsey_MGP_0205.jpg
20150316_Stirling_Lindsey_MGP_0207.jpg
20150316_Stirling_Lindsey_MGP_0212.jpg
20150316_Stirling_Lindsey_MGP_0224.jpg
20150316_Stirling_Lindsey_MGP_0240.jpg
20150316_Stirling_Lindsey_MGP_0252.jpg
20150316_Stirling_Lindsey_MGP_0256.jpg
20150316_Stirling_Lindsey_MGP_0267.jpg
20150316_Stirling_Lindsey_MGP_0285.jpg
20150316_Stirling_Lindsey_MGP_0277.jpg
20150316_Stirling_Lindsey_MGP_0293.jpg
20150316_Stirling_Lindsey_MGP_0297.jpg
20150316_Stirling_Lindsey_MGP_0304.jpg

20150316_Stirling_Lindsey_MGP_0316
20150316_Stirling_Lindsey_MGP_0317
20150316_Stirling_Lindsey_MGP_0143
20150316_Stirling_Lindsey_MGP_0164
20150316_Stirling_Lindsey_MGP_0144
20150316_Stirling_Lindsey_MGP_0035
20150316_Stirling_Lindsey_MGP_0064
20150316_Stirling_Lindsey_MGP_0087
20150316_Stirling_Lindsey_MGP_0031
20150316_Stirling_Lindsey_MGP_0150
20150316_Stirling_Lindsey_MGP_0042
20150316_Stirling_Lindsey_MGP_0093
20150316_Stirling_Lindsey_MGP_0113
20150316_Stirling_Lindsey_MGP_0055
20150316_Stirling_Lindsey_MGP_0082
20150316_Stirling_Lindsey_MGP_0106
20150316_Stirling_Lindsey_MGP_0115
20150316_Stirling_Lindsey_MGP_0159
20150316_Stirling_Lindsey_MGP_0121
20150316_Stirling_Lindsey_MGP_0036
20150316_Stirling_Lindsey_MGP_0168
20150316_Stirling_Lindsey_MGP_0171
20150316_Stirling_Lindsey_MGP_0174
20150316_Stirling_Lindsey_MGP_0173
20150316_Stirling_Lindsey_MGP_0180
20150316_Stirling_Lindsey_MGP_0177
20150316_Stirling_Lindsey_MGP_0190
20150316_Stirling_Lindsey_MGP_0201
20150316_Stirling_Lindsey_MGP_0215
20150316_Stirling_Lindsey_MGP_0230
20150316_Stirling_Lindsey_MGP_0231
20150316_Stirling_Lindsey_MGP_0232
20150316_Stirling_Lindsey_MGP_0235
20150316_Stirling_Lindsey_MGP_0243
20150316_Stirling_Lindsey_MGP_0260
20150316_Stirling_Lindsey_MGP_0268
20150316_Stirling_Lindsey_MGP_0270
20150316_Stirling_Lindsey_MGP_0275
20150316_Stirling_Lindsey_MGP_0271
20150316_Stirling_Lindsey_MGP_0276
20150316_Stirling_Lindsey_MGP_0286
20150316_Stirling_Lindsey_MGP_0292
20150316_Stirling_Lindsey_MGP_0294
20150316_Stirling_Lindsey_MGP_0319
20150316_Stirling_Lindsey_MGP_0324
20150316_Stirling_Lindsey_MGP_0326
20150316_Stirling_Lindsey_MGP_0098
20150316_Stirling_Lindsey_MGP_0065
20150316_Stirling_Lindsey_MGP_0132
20150316_Stirling_Lindsey_MGP_0108
20150316_Stirling_Lindsey_MGP_0034
20150316_Stirling_Lindsey_MGP_0130
20150316_Stirling_Lindsey_MGP_0169
20150316_Stirling_Lindsey_MGP_0012
20150316_Stirling_Lindsey_MGP_0057
20150316_Stirling_Lindsey_MGP_0136
20150316_Stirling_Lindsey_MGP_0124
20150316_Stirling_Lindsey_MGP_0027
20150316_Stirling_Lindsey_MGP_0088
20150316_Stirling_Lindsey_MGP_0096
20150316_Stirling_Lindsey_MGP_0181
20150316_Stirling_Lindsey_MGP_0083
20150316_Stirling_Lindsey_MGP_0126

20150316_Stirling_Lindsey_MGP_0025.jpg
20150316_Stirling_Lindsey_MGP_0114.jpg
20150316_Stirling_Lindsey_MGP_0107.jpg
20150316_Stirling_Lindsey_MGP_0139.jpg
20150316_Stirling_Lindsey_MGP_0089.jpg
20150316_Stirling_Lindsey_MGP_0101.jpg
20150316_Stirling_Lindsey_MGP_0015.jpg
20150316_Stirling_Lindsey_MGP_0019.jpg
20150316_Stirling_Lindsey_MGP_0128.jpg
20150316_Stirling_Lindsey_MGP_0026.jpg
20150316_Stirling_Lindsey_MGP_0072.jpg
20150316_Stirling_Lindsey_MGP_0179.jpg
20150316_Stirling_Lindsey_MGP_0156.jpg
20150316_Stirling_Lindsey_MGP_0145.jpg
20150316_Stirling_Lindsey_MGP_0178.jpg
20150316_Stirling_Lindsey_MGP_0153.jpg
20150316_Stirling_Lindsey_MGP_0078.jpg
20150316_Stirling_Lindsey_MGP_0125.jpg
20150316_Stirling_Lindsey_MGP_0109.jpg
20150316_Stirling_Lindsey_MGP_0048.jpg
20150316_Stirling_Lindsey_MGP_0118.jpg
20150316_Stirling_Lindsey_MGP_0069.jpg
20150316_Stirling_Lindsey_MGP_0123.jpg
20150316_Stirling_Lindsey_MGP_0092.jpg
20150316_Stirling_Lindsey_MGP_0186.jpg
20150316_Stirling_Lindsey_MGP_0195.jpg
20150316_Stirling_Lindsey_MGP_0199.jpg
20150316_Stirling_Lindsey_MGP_0214.jpg
20150316_Stirling_Lindsey_MGP_0226.jpg
20150316_Stirling_Lindsey_MGP_0228.jpg
20150316_Stirling_Lindsey_MGP_0233.jpg
20150316_Stirling_Lindsey_MGP_0236.jpg
20150316_Stirling_Lindsey_MGP_0237.jpg
20150316_Stirling_Lindsey_MGP_0258.jpg
20150316_Stirling_Lindsey_MGP_0257.jpg
20150316_Stirling_Lindsey_MGP_0261.jpg
20150316_Stirling_Lindsey_MGP_0259.jpg
20150316_Stirling_Lindsey_MGP_0265.jpg
20150316_Stirling_Lindsey_MGP_0262.jpg
20150316_Stirling_Lindsey_MGP_0266.jpg
20150316_Stirling_Lindsey_MGP_0272.jpg
20150316_Stirling_Lindsey_MGP_0269.jpg
20150316_Stirling_Lindsey_MGP_0273.jpg
20150316_Stirling_Lindsey_MGP_0278.jpg
20150316_Stirling_Lindsey_MGP_0282.jpg
20150316_Stirling_Lindsey_MGP_0291.jpg
20150316_Stirling_Lindsey_MGP_0288.jpg
20150316_Stirling_Lindsey_MGP_0296.jpg
20150316_Stirling_Lindsey_MGP_0295.jpg
20150316_Stirling_Lindsey_MGP_0298.jpg
20150316_Stirling_Lindsey_MGP_0299.jpg
20150316_Stirling_Lindsey_MGP_0308.jpg
20150316_Stirling_Lindsey_MGP_0314.jpg
20150316_Stirling_Lindsey_MGP_0322.jpg
20150316_Stirling_Lindsey_MGP_0166.jpg
20150316_Stirling_Lindsey_MGP_0157.jpg
20150316_Stirling_Lindsey_MGP_0009.jpg
20150316_Stirling_Lindsey_MGP_0290.jpg
20150316_Stirling_Lindsey_MGP_0023.jpg
20150316_Stirling_Lindsey_MGP_0198.jpg
20150316_Stirling_Lindsey_MGP_0221.jpg
20150316_Stirling_Lindsey_MGP_0080.jpg

20150316_Stirling_Lindsey_MGP_0020.jpg
20150316_Stirling_Lindsey_MGP_0039.jpg
20150316_Stirling_Lindsey_MGP_0038.jpg
20150316_Stirling_Lindsey_MGP_0095.jpg
20150316_Stirling_Lindsey_MGP_0018.jpg
20150316_Stirling_Lindsey_MGP_0058.jpg
20150316_Stirling_Lindsey_MGP_0172.jpg
20150316_Stirling_Lindsey_MGP_0161.jpg
20150316_Stirling_Lindsey_MGP_0225.jpg
20150316_Stirling_Lindsey_MGP_0163.jpg
20150316_Stirling_Lindsey_MGP_0112.jpg
20150316_Stirling_Lindsey_MGP_0284.jpg
20150316_Stirling_Lindsey_MGP_0279.jpg
20150316_Stirling_Lindsey_MGP_0147.jpg
20150316_Stirling_Lindsey_MGP_0176.jpg
20150316_Stirling_Lindsey_MGP_0068.jpg
20150316_Stirling_Lindsey_MGP_0255.jpg
20150316_Stirling_Lindsey_MGP_0094.jpg
20150316_Stirling_Lindsey_MGP_0076.jpg
20150316_Stirling_Lindsey_MGP_0142.jpg
20150316_Stirling_Lindsey_MGP_0184.jpg
20150316_Stirling_Lindsey_MGP_0234.jpg
20150316_Stirling_Lindsey_MGP_0028.jpg
20150316_Stirling_Lindsey_MGP_0219.jpg
20150316_Stirling_Lindsey_MGP_0242.jpg
20150316_Stirling_Lindsey_MGP_0249.jpg
20150316_Stirling_Lindsey_MGP_0120.jpg
20150316_Stirling_Lindsey_MGP_0281.jpg
20150316_Stirling_Lindsey_MGP_0117.jpg
20150316_Stirling_Lindsey_MGP_0222.jpg
20150316_Stirling_Lindsey_MGP_0149.jpg
20150316_Stirling_Lindsey_MGP_0077.jpg
20150316_Stirling_Lindsey_MGP_0110.jpg
20150316_Stirling_Lindsey_MGP_0302.jpg
20150316_Stirling_Lindsey_MGP_0309.jpg
20150316_Stirling_Lindsey_MGP_0311.jpg
20150316_Stirling_Lindsey_MGP_0320.jpg
20150316_Stirling_Lindsey_MGP_0327.jpg
20150316_Stirling_Lindsey_MGP_0328.jpg
20150316_Stirling_Lindsey_MGP_0060.jpg
20150316_Stirling_Lindsey_MGP_0014.jpg
20150316_Stirling_Lindsey_MGP_0030.jpg
20150316_Stirling_Lindsey_MGP_0090.jpg
20150316_Stirling_Lindsey_MGP_0010.jpg
20150316_Stirling_Lindsey_MGP_0202.jpg
20150316_Stirling_Lindsey_MGP_0116.jpg
20150316_Stirling_Lindsey_MGP_0247.jpg
20150316_Stirling_Lindsey_MGP_0187.jpg
20150316_Stirling_Lindsey_MGP_0137.jpg
20150316_Stirling_Lindsey_MGP_0274.jpg
20150316_Stirling_Lindsey_MGP_0022.jpg
20150316_Stirling_Lindsey_MGP_0208.jpg
20150316_Stirling_Lindsey_MGP_0099.jpg
20150316_Stirling_Lindsey_MGP_0305.jpg
20150316_Stirling_Lindsey_MGP_0229.jpg
20150316_Stirling_Lindsey_MGP_0196.jpg
20150316_Stirling_Lindsey_MGP_0071.jpg
20150316_Stirling_Lindsey_MGP_0204.jpg
20150316_Stirling_Lindsey_MGP_0218.jpg
20150316_Stirling_Lindsey_MGP_0217.jpg
20150316_Stirling_Lindsey_MGP_0165.jpg
20150316_Stirling_Lindsey_MGP_0054.jpg
20150316_Stirling_Lindsey_MGP_0289.jpg

20150316_Stirling_Lindsey_MGP_0046
20150316_Stirling_Lindsey_MGP_0317
20150316_Stirling_Lindsey_MGP_0085
20150316_Stirling_Lindsey_MGP_0091
20150316_Stirling_Lindsey_MGP_0073
20150316_Stirling_Lindsey_MGP_0263
20150316_Stirling_Lindsey_MGP_0183
20150316_Stirling_Lindsey_MGP_0081
20150316_Stirling_Lindsey_MGP_0246
20150316_Stirling_Lindsey_MGP_0323
20150316_Stirling_Lindsey_MGP_0194
20150316_Stirling_Lindsey_MGP_0223
20150316_Stirling_Lindsey_MGP_0086
20150316_Stirling_Lindsey_MGP_0200
20150316_Stirling_Lindsey_MGP_0303
20150316_Stirling_Lindsey_MGP_0251
20150316_Stirling_Lindsey_MGP_0227
20150316_Stirling_Lindsey_MGP_0105

















20150316_Stirling_Lindsey_MGP_0009

20150316_Stirling_Lindsey_MGP_0010

20150316_Stirling_Lindsey_MGP_0011

20150316_Stirling_Lindsey_MGP_0012

20150316_Stirling_Lindsey_MGP_0013

20150316_Stirling_Lindsey_MGP_0014

20150316_Stirling_Lindsey_MGP_0015

20150316_Stirling_Lindsey_MGP_0016

20150316_Stirling_Lindsey_MGP_0017

20150316_Stirling_Lindsey_MGP_0018

20150316_Stirling_Lindsey_MGP_0019

20150316_Stirling_Lindsey_MGP_0020

20150316_Stirling_Lindsey_MGP_0021

20150316_Stirling_Lindsey_MGP_0022

20150316_Stirling_Lindsey_MGP_0023

20150316_Stirling_Lindsey_MGP_0024

20150316_Stirling_Lindsey_MGP_0025

20150316_Stirling_Lindsey_MGP_0026

20150316_Stirling_Lindsey_MGP_0027

20150316_Stirling_Lindsey_MGP_0028

20150316_Stirling_Lindsey_MGP_0029

20150316_Stirling_Lindsey_MGP_0030

20150316_Stirling_Lindsey_MGP_0031

20150316_Stirling_Lindsey_MGP_0032

20150316_Stirling_Lindsey_MGP_0033

20150316_Stirling_Lindsey_MGP_0034

20150316_Stirling_Lindsey_MGP_0035

20150316_Stirling_Lindsey_MGP_0036

20150316_Stirling_Lindsey_MGP_0037

20150316_Stirling_Lindsey_MGP_0038

20150316_Stirling_Lindsey_MGP_0039

20150316_Stirling_Lindsey_MGP_0040

20150316_Stirling_Lindsey_MGP_0041

20150316_Stirling_Lindsey_MGP_0042

20150316_Stirling_Lindsey_MGP_0043

20150316_Stirling_Lindsey_MGP_0044

20150316_Stirling_Lindsey_MGP_0045

20150316_Stirling_Lindsey_MGP_0046

20150316_Stirling_Lindsey_MGP_0047

20150316_Stirling_Lindsey_MGP_0048

20150316_Stirling_Lindsey_MGP_0049

20150316_Stirling_Lindsey_MGP_0050

20150316_Stirling_Lindsey_MGP_0051

20150316_Stirling_Lindsey_MGP_0052

20150316_Stirling_Lindsey_MGP_0053

20150316_Stirling_Lindsey_MG
P_0054

20150316_Stirling_Lindsey_MG
P_0055

20150316_Stirling_Lindsey_MG
P_0056

20150316_Stirling_Lindsey_MG
P_0057

20150316_Stirling_Lindsey_MG
P_0058

20150316_Stirling_Lindsey_MG
P_0059

20150316_Stirling_Lindsey_MG
P_0060

20150316_Stirling_Lindsey_MG
P_0061

20150316_Stirling_Lindsey_MG
P_0062

20150316_Stirling_Lindsey_MG
P_0063

20150316_Stirling_Lindsey_MG
P_0064

20150316_Stirling_Lindsey_MG
P_0065

20150316_Stirling_Lindsey_MG
P_0066

20150316_Stirling_Lindsey_MG
P_0067

20150316_Stirling_Lindsey_MG
P_0068

20150316_Stirling_Lindsey_MG
P_0069

20150316_Stirling_Lindsey_MG
P_0070

20150316_Stirling_Lindsey_MG
P_0071

20150316_Stirling_Lindsey_MG
P_0072

20150316_Stirling_Lindsey_MG
P_0073

20150316_Stirling_Lindsey_MG
P_0074

20150316_Stirling_Lindsey_MG
P_0075

20150316_Stirling_Lindsey_MG
P_0076

20150316_Stirling_Lindsey_MG
P_0077

20150316_Stirling_Lindsey_MG
P_0078

20150316_Stirling_Lindsey_MG
P_0079

20150316_Stirling_Lindsey_MG
P_0080

20150316_Stirling_Lindsey_MG
P_0081

20150316_Stirling_Lindsey_MG
P_0082

20150316_Stirling_Lindsey_MG
P_0083

20150316_Stirling_Lindsey_MG
P_0084

20150316_Stirling_Lindsey_MG
P_0085

20150316_Stirling_Lindsey_MG
P_0086

20150316_Stirling_Lindsey_MG
P_0087

20150316_Stirling_Lindsey_MG
P_0088

20150316_Stirling_Lindsey_MG
P_0089

20150316_Stirling_Lindsey_MG
P_0090

20150316_Stirling_Lindsey_MG
P_0091

20150316_Stirling_Lindsey_MG
P_0092

20150316_Stirling_Lindsey_MG
P_0093

20150316_Stirling_Lindsey_MG
P_0094

20150316_Stirling_Lindsey_MG
P_0095

20150316_Stirling_Lindsey_MG
P_0096

20150316_Stirling_Lindsey_MG
P_0097

20150316_Stirling_Lindsey_MG
P_0098

20150316_Stirling_Lindsey_MGP_0099

20150316_Stirling_Lindsey_MGP_0100

20150316_Stirling_Lindsey_MGP_0101

20150316_Stirling_Lindsey_MGP_0102

20150316_Stirling_Lindsey_MGP_0103

20150316_Stirling_Lindsey_MGP_0104

20150316_Stirling_Lindsey_MGP_0105

20150316_Stirling_Lindsey_MGP_0106

20150316_Stirling_Lindsey_MGP_0107

20150316_Stirling_Lindsey_MGP_0108

20150316_Stirling_Lindsey_MGP_0109

20150316_Stirling_Lindsey_MGP_0110

20150316_Stirling_Lindsey_MGP_0111

20150316_Stirling_Lindsey_MGP_0112

20150316_Stirling_Lindsey_MGP_0113

20150316_Stirling_Lindsey_MGP_0114

20150316_Stirling_Lindsey_MGP_0115

20150316_Stirling_Lindsey_MGP_0116

20150316_Stirling_Lindsey_MGP_0117

20150316_Stirling_Lindsey_MGP_0118

20150316_Stirling_Lindsey_MGP_0119

20150316_Stirling_Lindsey_MGP_0120

20150316_Stirling_Lindsey_MGP_0121

20150316_Stirling_Lindsey_MGP_0122

20150316_Stirling_Lindsey_MGP_0123

20150316_Stirling_Lindsey_MGP_0124

20150316_Stirling_Lindsey_MGP_0125

20150316_Stirling_Lindsey_MGP_0126

20150316_Stirling_Lindsey_MGP_0127

20150316_Stirling_Lindsey_MGP_0128

20150316_Stirling_Lindsey_MGP_0129

20150316_Stirling_Lindsey_MGP_0130

20150316_Stirling_Lindsey_MGP_0131

20150316_Stirling_Lindsey_MGP_0132

20150316_Stirling_Lindsey_MGP_0133

20150316_Stirling_Lindsey_MGP_0134

20150316_Stirling_Lindsey_MGP_0135

20150316_Stirling_Lindsey_MGP_0136

20150316_Stirling_Lindsey_MGP_0137

20150316_Stirling_Lindsey_MGP_0138

20150316_Stirling_Lindsey_MGP_0139

20150316_Stirling_Lindsey_MGP_0140

20150316_Stirling_Lindsey_MGP_0141

20150316_Stirling_Lindsey_MGP_0142

20150316_Stirling_Lindsey_MGP_0143

20150316_Stirling_Lindsey_MG
P_0144

20150316_Stirling_Lindsey_MG
P_0145

20150316_Stirling_Lindsey_MG
P_0146

20150316_Stirling_Lindsey_MG
P_0147

20150316_Stirling_Lindsey_MG
P_0148

20150316_Stirling_Lindsey_MG
P_0149

20150316_Stirling_Lindsey_MG
P_0150

20150316_Stirling_Lindsey_MG
P_0151

20150316_Stirling_Lindsey_MG
P_0152

20150316_Stirling_Lindsey_MG
P_0153

20150316_Stirling_Lindsey_MG
P_0154

20150316_Stirling_Lindsey_MG
P_0155

20150316_Stirling_Lindsey_MG
P_0156

20150316_Stirling_Lindsey_MG
P_0157

20150316_Stirling_Lindsey_MG
P_0158

20150316_Stirling_Lindsey_MG
P_0159

20150316_Stirling_Lindsey_MG
P_0160

20150316_Stirling_Lindsey_MG
P_0161

20150316_Stirling_Lindsey_MG
P_0162

20150316_Stirling_Lindsey_MG
P_0163

20150316_Stirling_Lindsey_MG
P_0164

20150316_Stirling_Lindsey_MG
P_0165

20150316_Stirling_Lindsey_MG
P_0166

20150316_Stirling_Lindsey_MG
P_0167

20150316_Stirling_Lindsey_MG
P_0168

20150316_Stirling_Lindsey_MG
P_0169

20150316_Stirling_Lindsey_MG
P_0170

20150316_Stirling_Lindsey_MG
P_0171

20150316_Stirling_Lindsey_MG
P_0172

20150316_Stirling_Lindsey_MG
P_0173

20150316_Stirling_Lindsey_MG
P_0174

20150316_Stirling_Lindsey_MG
P_0175

20150316_Stirling_Lindsey_MG
P_0176

20150316_Stirling_Lindsey_MG
P_0177

20150316_Stirling_Lindsey_MG
P_0178

20150316_Stirling_Lindsey_MG
P_0179

20150316_Stirling_Lindsey_MG
P_0180

20150316_Stirling_Lindsey_MG
P_0181

20150316_Stirling_Lindsey_MG
P_0182

20150316_Stirling_Lindsey_MG
P_0183

20150316_Stirling_Lindsey_MG
P_0184

20150316_Stirling_Lindsey_MG
P_0185

20150316_Stirling_Lindsey_MG
P_0186

20150316_Stirling_Lindsey_MG
P_0187

20150316_Stirling_Lindsey_MG
P_0188

20150316_Stirling_Lindsey_MGP_0189 20150316_Stirling_Lindsey_MGP_0190 20150316_Stirling_Lindsey_MGP_0191 20150316_Stirling_Lindsey_MGP_0192 20150316_Stirling_Lindsey_MGP_0193

20150316_Stirling_Lindsey_MGP_0194 20150316_Stirling_Lindsey_MGP_0195 20150316_Stirling_Lindsey_MGP_0196 20150316_Stirling_Lindsey_MGP_0197 20150316_Stirling_Lindsey_MGP_0198

20150316_Stirling_Lindsey_MGP_0199 20150316_Stirling_Lindsey_MGP_0200 20150316_Stirling_Lindsey_MGP_0201 20150316_Stirling_Lindsey_MGP_0202 20150316_Stirling_Lindsey_MGP_0203

20150316_Stirling_Lindsey_MGP_0204 20150316_Stirling_Lindsey_MGP_0205 20150316_Stirling_Lindsey_MGP_0206 20150316_Stirling_Lindsey_MGP_0207 20150316_Stirling_Lindsey_MGP_0208

20150316_Stirling_Lindsey_MGP_0209 20150316_Stirling_Lindsey_MGP_0210 20150316_Stirling_Lindsey_MGP_0211 20150316_Stirling_Lindsey_MGP_0212 20150316_Stirling_Lindsey_MGP_0213

20150316_Stirling_Lindsey_MGP_0214 20150316_Stirling_Lindsey_MGP_0215 20150316_Stirling_Lindsey_MGP_0216 20150316_Stirling_Lindsey_MGP_0217 20150316_Stirling_Lindsey_MGP_0218

20150316_Stirling_Lindsey_MGP_0219 20150316_Stirling_Lindsey_MGP_0220 20150316_Stirling_Lindsey_MGP_0221 20150316_Stirling_Lindsey_MGP_0222 20150316_Stirling_Lindsey_MGP_0223

20150316_Stirling_Lindsey_MGP_0224 20150316_Stirling_Lindsey_MGP_0225 20150316_Stirling_Lindsey_MGP_0226 20150316_Stirling_Lindsey_MGP_0227 20150316_Stirling_Lindsey_MGP_0228

20150316_Stirling_Lindsey_MGP_0229 20150316_Stirling_Lindsey_MGP_0230 20150316_Stirling_Lindsey_MGP_0231 20150316_Stirling_Lindsey_MGP_0232 20150316_Stirling_Lindsey_MGP_0233

20150316_Stirling_Lindsey_MG
P_0234

20150316_Stirling_Lindsey_MG
P_0235

20150316_Stirling_Lindsey_MG
P_0236

20150316_Stirling_Lindsey_MG
P_0237

20150316_Stirling_Lindsey_MG
P_0238

20150316_Stirling_Lindsey_MG
P_0239

20150316_Stirling_Lindsey_MG
P_0240

20150316_Stirling_Lindsey_MG
P_0241

20150316_Stirling_Lindsey_MG
P_0242

20150316_Stirling_Lindsey_MG
P_0243

20150316_Stirling_Lindsey_MG
P_0244

20150316_Stirling_Lindsey_MG
P_0245

20150316_Stirling_Lindsey_MG
P_0246

20150316_Stirling_Lindsey_MG
P_0247

20150316_Stirling_Lindsey_MG
P_0248

20150316_Stirling_Lindsey_MG
P_0249

20150316_Stirling_Lindsey_MG
P_0250

20150316_Stirling_Lindsey_MG
P_0251

20150316_Stirling_Lindsey_MG
P_0252

20150316_Stirling_Lindsey_MG
P_0253

20150316_Stirling_Lindsey_MG
P_0254

20150316_Stirling_Lindsey_MG
P_0255

20150316_Stirling_Lindsey_MG
P_0256

20150316_Stirling_Lindsey_MG
P_0257

20150316_Stirling_Lindsey_MG
P_0258

20150316_Stirling_Lindsey_MG
P_0259

20150316_Stirling_Lindsey_MG
P_0260

20150316_Stirling_Lindsey_MG
P_0261

20150316_Stirling_Lindsey_MG
P_0262

20150316_Stirling_Lindsey_MG
P_0263

20150316_Stirling_Lindsey_MG
P_0264

20150316_Stirling_Lindsey_MG
P_0265

20150316_Stirling_Lindsey_MG
P_0266

20150316_Stirling_Lindsey_MG
P_0267

20150316_Stirling_Lindsey_MG
P_0268

20150316_Stirling_Lindsey_MG
P_0269

20150316_Stirling_Lindsey_MG
P_0270

20150316_Stirling_Lindsey_MG
P_0271

20150316_Stirling_Lindsey_MG
P_0272

20150316_Stirling_Lindsey_MG
P_0273

20150316_Stirling_Lindsey_MG
P_0274

20150316_Stirling_Lindsey_MG
P_0275

20150316_Stirling_Lindsey_MG
P_0276

20150316_Stirling_Lindsey_MG
P_0277

20150316_Stirling_Lindsey_MG
P_0278

20150316_Stirling_Lindsey_MG P_0279

20150316_Stirling_Lindsey_MG P_0280

20150316_Stirling_Lindsey_MG P_0281

20150316_Stirling_Lindsey_MG P_0282

20150316_Stirling_Lindsey_MG P_0283

20150316_Stirling_Lindsey_MG P_0284

20150316_Stirling_Lindsey_MG P_0285

20150316_Stirling_Lindsey_MG P_0286

20150316_Stirling_Lindsey_MG P_0287

20150316_Stirling_Lindsey_MG P_0288

20150316_Stirling_Lindsey_MG P_0289

20150316_Stirling_Lindsey_MG P_0290

20150316_Stirling_Lindsey_MG P_0291

20150316_Stirling_Lindsey_MG P_0292

20150316_Stirling_Lindsey_MG P_0293

20150316_Stirling_Lindsey_MG P_0294

20150316_Stirling_Lindsey_MG P_0295

20150316_Stirling_Lindsey_MG P_0296

20150316_Stirling_Lindsey_MG P_0297

20150316_Stirling_Lindsey_MG P_0298

20150316_Stirling_Lindsey_MG P_0299

20150316_Stirling_Lindsey_MG P_0300

20150316_Stirling_Lindsey_MG P_0301

20150316_Stirling_Lindsey_MG P_0302

20150316_Stirling_Lindsey_MG P_0303

20150316_Stirling_Lindsey_MG P_0304

20150316_Stirling_Lindsey_MG P_0305

20150316_Stirling_Lindsey_MG P_0306

20150316_Stirling_Lindsey_MG P_0307

20150316_Stirling_Lindsey_MG P_0308

20150316_Stirling_Lindsey_MG P_0309

20150316_Stirling_Lindsey_MG P_0310

20150316_Stirling_Lindsey_MG P_0311

20150316_Stirling_Lindsey_MG P_0312

20150316_Stirling_Lindsey_MG P_0313

20150316_Stirling_Lindsey_MG P_0314

20150316_Stirling_Lindsey_MG P_0315

20150316_Stirling_Lindsey_MG P_0316

20150316_Stirling_Lindsey_MG P_0317

20150316_Stirling_Lindsey_MG P_0318

20150316_Stirling_Lindsey_MG P_0319

20150316_Stirling_Lindsey_MG P_0320

20150316_Stirling_Lindsey_MG P_0321

20150316_Stirling_Lindsey_MG P_0322

20150316_Stirling_Lindsey_MG P_0323

20150316_Stirling_Lindsey_MGP_0324



20150316_Stirling_Lindsey_MGP_0325



20150316_Stirling_Lindsey_MGP_0326



20150316_Stirling_Lindsey_MGP_0327



20150316_Stirling_Lindsey_MGP_0328

# DMCA Takedown Notice

## Copyright Infringement Notice

## Copyright Department <copyright@grecco.com>

Fri 11/3/2023 9:01 PM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 3 attachments (5 MB)

Lindsey_Stirling_20150225_To_20150331_Grecco_Unpublished_0216.pdf;
Lindsey_Stirling_20150225_To_20150331_Grecco_Unpublished_0216.pdf; Screen Shot 2023-10-26 at 1.19.49 PM.png;

November 03, 2023


Copyright Agent

Fandom, Inc

130 Sutter Street, 4th Floor

San Francisco, CA 94104


To Whom It May Concern:


This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to "expeditiously remove or disable access to" the infringing material".

Work: Photograph "20150316_Stirling_Lindsey_MGP_0209"

Location: https://lindseystirling.fandom.com/wiki/Michael_Grecco

https://lindseystirling.fandom.com/wiki/Michael_Grecco?file=Michael_Grecco_1_3.jpg

https://static.wikia.nocookie.net/lindseystirling/images/c/c2/Michael_Grecco_1_3.jpg/revision/latest?cb=20171216184026

File/Excerpt Name: 20150316_Stirling_Lindsey_MGP_0209

I am the author and the copyright owner of the work listed above. This work has been posted to your service without my permission.  Note that if your copyright-protected content has been inserted into a larger work, you must identify the specific parts of the works in which you own copyright.


Claimant:

Michael Grecco Productions, Inc.
3103 17th Street

Santa Monica, CA 90405

+1.310.452.4461


I have a good faith belief that the use of the material that appears on the service is not authorized by

myself, the copyright owner, my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, its agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.

Sincerely,



Michael Grecco

President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller: *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face***





Acknowledgment of DMCA

# Fandom welcome email

### Fandom <support@fandom.zendesk.com>

Fri 11/3/2023 10:02 PM

To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/9u9o64VXLcNyOM2euVAFqaVSW/

---

This email is a service from Fandom. Delivered by Zendesk