# EXHIBIT M




Pamela as **Vallery Irons** in **V.I.P.**


Pamela with Ruby Wax as a guest on **Ruby Wax meets Pamela Anderson**


Pamela as **Skyler Dayton** in **Stacked**










Pamela with her two boys in the 2000s


Pamela in an advertisement for **PETA (People for the Ethical Treatment of Animals)**


Her first novel


Her novel sequel


Her book of memoirs and poetry


Her relationship guidance book


A poster of her documentary film **Pamela, a Love Story**


Her latest book of memoirs and her life story


Pamela at the premier of her documentary film



Pamela in a newspaper article
about her debut swimwear line
for **Frankies Bikinis**

**Photoshoots** 🖉

**Fast Dates Calendar (1991)** 🖉

 

**Showdown at Malibu Beach High** Promotional Photoshoot 🖉

  

**Kicks** Promotional Photoshoot 🖉

 

**Playboy Magazine** 🖉

 

**Edenquest (1995)** 🖉

 

**Maxim** 🖉

  






Pamela as **Vallery Irons** in **V.I.P.**


Pamela with Ruby Wax as a guest
on **Ruby Wax meets Pamela
Anderson**


Pamela as **Skyler Dayton** in
**Stacked**


Pamela as **Invisible Woman** in
**Superhero Movie**


Pamela's poster cameo in
**Malibu, CA**


Pamela as **Captain Casey Jean
Parker**


Pamela with her first husband
Tommy Lee


Pamela with Tommy and their
two boys Brandon and Dylan in
the 1990s


Pamela at the **4th Annual Adopt
A Minefield Gala** in 2004


Pamela with her two boys in the
2000s


Pamela in an advertisement for
**PETA (People for the Ethical
Treatment of Animals)**


Her first novel


Her novel sequel


Her book of memoirs and poetry


Her relationship guidance book


A poster of her documentary film
**Pamela, a Love Story**


Her latest book of memoirs and
her life story


Pamela at the premier of her
documentary film



Pamela in a newspaper article
about her debut swimwear line
for **Frankies Bikinis**

Photoshoots 🔗

**Fast Dates Calendar (1991)** 🔗

 

**Showdown at Malibu Beach High** Promotional Photoshoot 🔗

  

**Kicks** Promotional Photoshoot 🔗

 

**Playboy Magazine** 🔗

 

**Edenquest (1995)** 🔗

 

**Maxim** 🔗

  

Frankies Bikinis (2023) 🖊



Others 🖊

Categories ⌄

Community content is available under CC-BY-SA unless otherwise noted.

## Fan Feed

**More Baywatch**

1  Neely Capshaw

2  Cast of Baywatch Hawaii

3  C.J. Parker



**Main Page**
Baywatch



**Captain America: Brave New World**
Marvel Cinematic Universe Wiki



**Pamela Anderson**
Baywatch



**Diagon Alley**
Hogwarts Life Wiki



**Monamour (2006)**
Movie and TV Wiki

**Donna D'Errico**
Baywatch

**Playboy Magazine**
Baywatch

**Twelve Demon Moons**
Villains Wiki





USCO Registration
VA-1-431-698

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1 – 431 – 698**

*UK00014316984*

EFFECTIVE DATE OF REGISTRATION

July 7 2010

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**Title of This Work ▼**

Grecco Photo / Getty Published 2009 (See Form GR / PPh/CON)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

.* Group Registration/Published Photos – 1126 photos – 2/4/2009 – 10/26/2009

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**

Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

NOTE

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

OR Author's Nationality or Domicile Name of Country
Citizen of _____
Domiciled in _____ U.S.A. _____

Was This Author's Contribution to the Work
Anonymous?   ☑ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

OR Author's Nationality or Domicile Name of Country
Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed**
2009
This information must be given Year in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month *2/4/2009* – Day *10/26/2009*
*USA*
Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue, Santa Monica, CA 90405

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
3/26/14
ONE DEPOSIT RECEIVED
7/7/10    3/16/14
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

\* Amended by C.O. on authority of Michael Grecco
in phone call of 3/20/2014.

EXAMINED BY

CHECKED BY

☒ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405
Area code and daytime telephone number  (310) 452-4461          Fax number  (310) 452-4462
Email    michael@michaelgrecco.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  Michael Grecco Photography, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Grecco, President          Date  7/5/10
Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Michael Grecco Photography, Inc.
Number/Street/Apt ▼
1701 Pier Avenue
City/State/ZIP ▼
Santa Monica, CA 90405

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA

## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 1 – 431 – 698**

*#VAU001431698#*

July 7 2010
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

3/26/14

Page __3__ of __11__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Michael Grecco Photography, Inc.___

Name of Copyright Claimant ___Michael Grecco Photography, Inc.___

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph ___Getty Archive Published Images 02/04/09___
Date of First Publication ___02/04/09___ (Month) (Day) (Year) Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 2**
Title of Photograph ___Getty Archive Published Images 02/09/09___
Date of First Publication ___02/09/09___ (Month) (Day) (Year) Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 3**
Title of Photograph ___Getty Archive Published Images 02/10/09___
Date of First Publication ___02/10/09___ (Month) (Day) (Year) Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 4**
Title of Photograph ___Getty Archive Published Images 02/12/09___
Date of First Publication ___02/12/09___ (Month) (Day) (Year) Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

**Number 5**
Title of Photograph ___Getty Archive Published Images 02/24/09___
Date of First Publication ___02/24/09___ (Month) (Day) (Year) Nation of First Publication ___USA___
Description of Photograph ___A collection of images published for sale on www.gettyimages.com___ (Optional)

Case 2:24-cv-05963-PA-BFM   Document 1-13   Filed 07/16/24   Page 16 of 31   Page ID #:356

**B**
Registration for Group of Published Photographs (continued)

**Number 6**
Title of Photograph  Getty Archive Published Images 02/25/09
Date of First Publication  02/25/09  Nation of First Publication  USA
Description of Photograph  A collection of images published for sale on www.gettyimages.com

**Number 7**
Title of Photograph  Getty Archive Published Images 03/25/09
Date of First Publication  03/25/09  Nation of First Publication  USA
Description of Photograph  A collection of images published for sale on www.gettyimages.com

**Number 8**
Title of Photograph  Getty Archive Published Images 04/09/09
Date of First Publication  04/09/09  Nation of First Publication  USA
Description of Photograph  A collection of images published for sale on www.gettyimages.com

**Number 9**
Title of Photograph  Getty Archive Published Images 04/20/09
Date of First Publication  04/20/09  Nation of First Publication  USA
Description of Photograph  A collection of images published for sale on www.gettyimages.com

**Number 10**
Title of Photograph  Getty Archive Published Images 06/03/09
Date of First Publication  06/03/09  Nation of First Publication  USA
Description of Photograph  A collection of images published for sale on www.gettyimages.com

**Number 11**
Title of Photograph  Getty Archive Published Images 06/16/09
Date of First Publication  06/16/09  Nation of First Publication  USA
Description of Photograph  A collection of images published for sale on www.gettyimages.com

**Number 12**
Title of Photograph  Getty Archive Published Images 10/26/09
Date of First Publication  10/26/09  Nation of First Publication  USA
Description of Photograph  A collection of images published for sale on www.gettyimages.com

**Number**
Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

**Number**
Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

**Number**
Title of Photograph
Date of First Publication  Nation of First Publication
Description of Photograph

**C**
Certificate will be mailed in window envelope to this address:
Name ▼  Michael Grecco Photography, Inc.
Number / Street / Apt ▼  1701 Pier Avenue
City / State / Zip ▼  Santa Monica, CA 90405

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000

FORM GR/PPH/CON   REV 07/2006   PRINT: 07/2006 — 20,000   Printed on recycled paper
U.S. Government Printing Office: 2006-........./...

## Listing of "2009_Getty_Images_Published" (Page 1)

Form GR_PPh_CON_2009.pdf
Getty_Images_Published_02_04_09
  Alexander_Jason_MGP_001.jpg
  Alexander_Jason_MGP_002.jpg
  Anderson_John_MGP_001.jpg
  Anderson_John_MGP_002.jpg
  Angel_Vanessa_MGP_002.jpg
  Applegate_Christina_MGP_004.jpg
  Arnold_Tom_MGP_001.jpg
  Baker_Howard_MGP_001.jpg
  Baker_Howard_MGP_002.jpg
  Bakula_Scott_MGP_001.jpg
  Bakula_Scott_MGP_002.jpg
  Bergin_Patrick_MGP_001.jpg
  Bergin_Patrick_MGP_002.jpg
  Bernstein_Leonard_MGP_001.jpg
  Bezos_Jeff_MGP_001.jpg
  Bezos_Jeff_MGP_002.jpg
  Blakey_Art_MGP_001.jpg
  Blakey_Art_MGP_002.jpg
  Blakey_Art_MGP_003.jpg
  Bloodworth_Thomason_Linda_MGP_001.jpg
  Bloodworth_Thomason_Linda_MGP_002.jpg
  Bloodworth_Thomason_Linda_MGP_003.jpg
  Bodett_Tom_MGP_001.jpg
  Bonham_Tracy_MGP_001.jpg
  Bonham_Tracy_MGP_002.jpg
  Bow_Wow_Wow_MGP_001.jpg
  Bow_Wow_Wow_MGP_002.jpg
  Bow_Wow_Wow_MGP_003.jpg
  Bow_Wow_Wow_MGP_004.jpg
  Bow_Wow_Wow_MGP_005.jpg
  Bow_Wow_Wow_MGP_006.jpg
  Bow_Wow_Wow_MGP_007.jpg
  Bowie_David_MGP_001.jpg
  Bowie_David_MGP_002.jpg
  Bowie_David_MGP_003.jpg
  Bowie_David_MGP_004.jpg
  Bowie_David_MGP_005.jpg
  Branson_Richard_MGP_001.jpg
  Branson_Richard_MGP_002.jpg
  Bridges_Beau_MGP_001.jpg
  Bridges_Beau_MGP_002.jpg
  Brinkley_Christie_MGP_001.jpg
  Brinkley_Christie_MGP_002.jpg
  Brinkley_Christie_MGP_003.jpg
  Brinkley_Christie_MGP_004.jpg
  Bronson_Po_MGP_004.jpg
  Brown_Charles_MGP_001.jpg
  Brown_Charles_MGP_002.jpg
  Brown_Downtown_Julie_MGP_001.jpg
  Brown_Downtown_Julie_MGP_002.jpg
  Browne_Roscoe_Lee_MGP_001.jpg
  Browne_Roscoe_Lee_MGP_002.jpg
  Burnett_Mark_MGP_001.jpg
  Burnett_Mark_MGP_002.jpg
  Burnett_Mark_MGP_003.jpg
  Burton_Richard_MGP_001.jpg
  Burton_Richard_MGP_002.jpg
  Busey_Gary_MGP_001.jpg
  Buss_Jerry_MGP_001.jpg
  Buss_Jerry_MGP_002.jpg

Buss_Jerry_MGP_003.jpg
Buss_Jerry_MGP_004.jpg
Byrne_David_MGP_001.jpg
Byrne_David_MGP_002.jpg
Byrne_David_MGP_003.jpg
Byrne_David_MGP_004.jpg
Byrne_David_MGP_005.jpg
Cagney_James_MGP_001.jpg
Camp_Colleen_MGP_001.jpg
Camp_Colleen_MGP_002.jpg
Campbell_Tevin_MGP_001.jpg
Campbell_Tevin_MGP_002.jpg
Campbell_Tevin_MGP_003.jpg
Campbell_Tevin_MGP_004.jpg
Campbell_Tisha_MGP_001.jpg
Candy_John_MGP_001.jpg
Candy_John_MGP_002.jpg
Cheers_MGP_002.jpg
Cherry_Neneh_MGP_001.jpg
Cherry_Neneh_MGP_002.jpg
Clark_Dick_MGP_001.jpg
Clark_Dick_MGP_002.jpg
Cooper_Alice_MGP_001.jpg
Cooper_Alice_MGP_002.jpg
Corman_Roger_MGP_001.jpg
Corman_Roger_MGP_002.jpg
Getty_Images_Published_02_09_09
Cramps_The_MGP_001.jpg
Cramps_The_MGP_005.jpg
Cramps_The_MGP_006.jpg
Cramps_The_MGP_008.jpg
Cramps_The_MGP_009.jpg
Getty_Images_Published_02_10_09
Cramps_The_MGP_002.jpg
Cramps_The_MGP_003.jpg
Cramps_The_MGP_004.jpg
Cramps_The_MGP_007.jpg
D'Arby_Terrence_Trent_MGP_001.jpg
Dead_Kennedys_MGP_001.jpg
Dead_Kennedys_MGP_002.jpg
Dead_Kennedys_MGP_003.jpg
Dead_Kennedys_MGP_004.jpg
Dead_Kennedys_MGP_005.jpg
DeBarres_Pamela_MGP_001.jpg
DeBarres_Pamela_MGP_002.jpg
Diller_Barry_MGP_001.jpg
Diller_Barry_MGP_002.jpg
Dixon_Willie_MGP_001.jpg
Doobie_Brothers_MGP_001.jpg
Doobie_Brothers_MGP_002.jpg
Doobie_Brothers_MGP_003.jpg
Drudge_Matt_MGP_001.jpg
Drudge_Matt_MGP_002.jpg
Dukakis_Michael_MGP_001.jpg
Dukakis_Olympia_MGP_001.jpg
Dukakis_Olympia_MGP_002.jpg
Galbraith_John_Kenneth_MGP_001.jpg
Galbraith_John_Kenneth_MGP_002.jpg
Gehry_Frank_MGP_002.jpg
Gehry_Frank_MGP_003.jpg
Gibbons_Leeza_MGP_001.jpg
Gibbons_Leeza_MGP_002.jpg
Gibbons_Leeza_MGP_003.jpg

Glass_Phillip_MGP_001.jpg
Glass_Phillip_MGP_002.jpg
Glass_Phillip_MGP_003.jpg
Glass_Phillip_MGP_004.jpg
Goldwaith_Bobcat_MGP_001.jpg
Goldwaith_Bobcat_MGP_002.jpg
Graham_Bill_MGP_001.jpg
Graham_Bill_MGP_002.jpg
Green_Al_MGP_001.jpg
Green_Al_MGP_002.jpg
Gwynn_Tony_MGP_001.jpg
Gwynn_Tony_MGP_002.jpg
Gwynn_Tony_MGP_003.jpg
Gwynn_Tony_MGP_004.jpg
Gwynn_Tony_MGP_005.jpg
Gwynn_Tony_MGP_006.jpg
Hamil_Peter_MGP_001.jpg
Hamil_Peter_MGP_002.jpg
Hula_Hoop_MGP_001.jpg
Hula_Hoop_MGP_002.jpg
Hula_Hoop_MGP_003.jpg
Johnson_Arte_MGP_001.jpg
Johnson_Arte_MGP_002.jpg
Kemp_Jack_MGP_001.jpg
Kennedy_Compound_MGP_001.jpg
Kennedy_Compound_MGP_002.jpg
Kennedy_Compound_MGP_004.jpg
Kennedy_Compound_MGP_005.jpg
Kennedy_Compound_MGP_006.jpg
Kennedy_Ethel_MGP_001.jpg
Kennedy_Family_MGP_005.jpg
Kennedy_Family_MGP_006.jpg
Kennedy_Family_MGP_007.jpg
Kennedy_Family_MGP_008.jpg
Kennedy_Family_MGP_009.jpg
Kennedy_Family_MGP_010.jpg
Kennedy_Family_MGP_011.jpg
Kennedy_Family_MGP_012.jpg
Kennedy_Family_MGP_013.jpg
Kennedy_Family_MGP_014.jpg
Kennedy_Family_MGP_015.jpg
Kennedy_Family_MGP_016.jpg
Kennedy_Family_MGP_017.jpg
Kennedy_Family_MGP_018.jpg
Kennedy_Family_MGP_019.jpg
Kennedy_Family_MGP_024.jpg
Getty_Images_Published_02_12_09
Angel_Vanessa_MGP_001.jpg
Freidman_Bud_MGP_001.jpg
Freidman_Bud_MGP_002.jpg
Frewer_Matt_MGP_001.jpg
Frewer_Matt_MGP_002.jpg
Gehry_Frank_MGP_001.jpg
Human_League_MGP_001.jpg
Human_League_MGP_002.jpg
Kennedy_Family_MGP_002.jpg
Kennedy_Family_MGP_003.jpg
Kennedy_Family_MGP_004.jpg
Kennedy_Family_MGP_020.jpg
Kennedy_Family_MGP_021.jpg
Kennedy_Family_MGP_022.jpg
Kennedy_Family_MGP_023.jpg
Kennedy_Family_MGP_025.jpg

## Listing of "2009_Getty_Images_Published" (Page 2)

Kennedy_Family_MGP_026.jpg
Kennedy_Family_MGP_027.jpg
Kennedy_Family_MGP_028.jpg
Kennedy_Family_MGP_033.jpg
Kennedy_Family_MGP_034.jpg
Kennedy_Ted_MGP_002.jpg
Kennedy_Ted_MGP_006.jpg
Killing_Joke_MGP_001.jpg
Killing_Joke_MGP_002.jpg
Killing_Joke_MGP_003.jpg
Kinison_Sam_MGP_001.jpg
Kirkland_Sally_MGP_001.jpg
Klein_Robert_MGP_001.jpg
Klein_Robert_MGP_002.jpg
Klein_Robert_MGP_003.jpg
Little_Miss_America_MGP_001.jpg
Little_Miss_America_MGP_002.jpg
Little_Miss_America_MGP_003.jpg
Little_Miss_America_MGP_004.jpg
Little_Miss_America_MGP_005.jpg
Little_Miss_America_MGP_006.jpg
Lowe_Nick_MGP_001.jpg
Lowe_Nick_MGP_002.jpg
Lowe_Nick_MGP_003.jpg
Mancuso_Frank_MGP_001.jpg
Manoff_Dinah_MGP_001.jpg
Markoe_Merrill_MGP_001.jpg
Markoe_Merrill_MGP_002.jpg
Marsalis_Branford_MGP_001.jpg
Marsalis_Branford_MGP_002.jpg
Marshall_Garry_MGP_001.jpg
Marshall_Garry_MGP_002.jpg
McFerrin_Bobby_MGP_001.jpg
McFerrin_Bobby_MGP_002.jpg
Metheny_Pat_MGP_002.jpg
Metheny_Pat_MGP_003.jpg
Mitchelson_Marvin_MGP_001.jpg
Mitchelson_Marvin_MGP_002.jpg
Mitchelson_Marvin_MGP_003.jpg
Morse_Robert_MGP_001.jpg
Morse_Robert_MGP_002.jpg
Morton_Peter_MGP_001.jpg
Palminteri_Chazz_MGP_001.jpg
Palminteri_Chazz_MGP_002.jpg
Palminteri_Chazz_MGP_003.jpg
Reed_Lou_MGP_001.jpg
Reed_Lou_MGP_002.jpg
Rollins_Sonny_MGP_001.jpg
Rollins_Sonny_MGP_002.jpg
Rollins_Sonny_MGP_003.jpg
Rollins_Sonny_MGP_004.jpg
Rollins_Sonny_MGP_005.jpg
Russo_Rene_MGP_001.jpg
Russo_Rene_MGP_002.jpg
Ryan_Jeri_MGP_001.jpg
Ryan_Jeri_MGP_002.jpg
Ryan_Jeri_MGP_003.jpg
Ryan_Jeri_MGP_004.jpg
Saget_Bob_MGP_001.jpg
Savage_Fred_MGP_001.jpg
Savage_Fred_MGP_002.jpg
Savage_Fred_MGP_003.jpg

Schwimmer_David_MGP_002.jpg
Specials_The_MGP_001.jpg
Topless_Beachgoers_MGP_001.jpg
Topless_Beachgoers_MGP_002.jpg
Wolf_Dick_MGP_001.jpg
Wonder_Stevie_MGP_001.jpg
Wonder_Stevie_MGP_002.jpg
Wonder_Stevie_MGP_003.jpg
Getty_Images_Published_02_24_09
Abdul_Jabar_Kareem_MGP_001.jpg
Abdul_Jabar_Kareem_MGP_002.jpg
Ade_King_Sunny_MGP_001.jpg
Ade_King_Sunny_MGP_002.jpg
Ade_King_Sunny_MGP_003.jpg
Allen_Tim_MGP_001.jpg
Alzado_Lyle_MGP_001.jpg
Alzado_Lyle_MGP_002.jpg
Alzado_Lyle_MGP_003.jpg
Americas_Funniest_Videos_MGP_001.jpg
Americas_Funniest_Videos_MGP_002.jpg
Anderson_Pamela_MGP_001.jpg
Anderson_Pamela_MGP_002.jpg
Anderson_Pamela_MGP_003.jpg
Andrews_Julie_MGP_001.jpg
Anti_Neutron_Bomb_MGP_001.jpg
Anti_Neutron_Bomb_MGP_002.jpg
Anti_Neutron_Bomb_MGP_003.jpg
Anti_Neutron_Bomb_MGP_004.jpg
Anti_Neutron_Bomb_MGP_005.jpg
Anti_Neutron_Bomb_MGP_006.jpg
Archer_Army_MGP_001.jpg
Archer_Army_MGP_002.jpg
Autry_Gene_MGP_001.jpg
Autry_Gene_MGP_002.jpg
B52s_MGP_001.jpg
B52s_MGP_002.jpg
B52s_MGP_003.jpg
Bach_Catherine_MGP_001.jpg
Baez_Joan_MGP_001.jpg
Baez_Joan_MGP_002.jpg
Baker_Rick_MGP_001.jpg
Baldwin_Adam_MGP_001.jpg
Baldwin_Adam_MGP_002.jpg
Ballmer_Steve_MGP_001.jpg
Ballmer_Steve_MGP_002.jpg
Ballmer_Steve_MGP_003.jpg
Ballmer_Steve_MGP_004.jpg
Barr_Roseanne_MGP_001.jpg
Barr_Roseanne_MGP_002.jpg
Barr_Roseanne_MGP_003.jpg
Barrymore_Drew_MGP_001.jpg
Barrymore_Drew_MGP_002.jpg
Barrymore_Drew_MGP_003.jpg
Bateman_Justine_MGP_001.jpg
Bateman_Justine_MGP_002.jpg
Belushi_Jim_MGP_001.jpg
Belushi_Jim_MGP_002.jpg
Belushi_Jim_MGP_003.jpg
Breast_Pump_MGP_001.jpg
Bronson_Harold_MGP_001.jpg
Bronson_Harold_MGP_002.jpg
Bronson_Harold_MGP_003.jpg
Brooks_Mel_MGP_001.jpg

Brooks_Mel_MGP_002.jpg
Brooks_Mel_MGP_003.jpg
Brooks_Mel_MGP_004.jpg
Cash_Johnny_MGP_001.jpg
Cash_Johnny_MGP_002.jpg
Connery_Sean_MGP_001.jpg
Connery_Sean_MGP_002.jpg
Crystal_Billy_MGP_001.jpg
DiCaprio_Leonardo_MGP_001.jpg
DiCaprio_Leonardo_MGP_002.jpg
DiCaprio_Leonardo_MGP_003.jpg
DiCaprio_Leonardo_MGP_004.jpg
DiCaprio_Leonardo_MGP_005.jpg
DiCaprio_Leonardo_MGP_006.jpg
DiCaprio_Leonardo_MGP_007.jpg
Federal_Housing_MGP_001.jpg
Federal_Housing_MGP_002.jpg
Fishborne_Lawrence_MGP_001.jpg
Fishborne_Lawrence_MGP_002.jpg
Fishborne_Lawrence_MGP_003.jpg
Fox_Vivica_MGP_001.jpg
Fox_Vivica_MGP_002.jpg
Fox_Vivica_MGP_003.jpg
Fox_Vivica_MGP_004.jpg
Glenn_Sen_John_MGP_001.jpg
Glenn_Sen_John_MGP_002.jpg
Glenn_Sen_John_MGP_003.jpg
Glenn_Sen_John_MGP_004.jpg
Li_Jet_MGP_001.jpg
Li_Jet_MGP_002.jpg
Li_Jet_MGP_003.jpg
Li_Jet_MGP_004.jpg
Li_Jet_MGP_005.Jpg
Sepultura_MGP_001.jpg
Sepultura_MGP_002.jpg
Sepultura_MGP_003.jpg
Sepultura_MGP_004.jpg
Sepultura_MGP_005.jpg
Getty_Images_Published_02_25_09
Arthur_Bea_MGP_001.jpg
Bangles_The_MGP_001.jpg
Bangles_The_MGP_002.jpg
Bernhard_Sandra_MGP_001.jpg
Bernhard_Sandra_MGP_002.jpg
Bernhard_Sandra_MGP_003.jpg
Ferraro_Geraldine_MGP_001.jpg
Ferraro_Geraldine_MGP_002.jpg
Ferraro_Geraldine_MGP_003.jpg
Ferraro_Geraldine_MGP_004.jpg
Ferraro_Geraldine_MGP_005.jpg
Ferraro_Geraldine_MGP_006.jpg
Garcia_Andy_MGP_001.jpg
Garcia_Andy_MGP_002.jpg
Garcia_Andy_MGP_003.jpg
Garcia_Andy_MGP_004.jpg
Geldof_Bob_MGP_001.jpg
Geldof_Bob_MGP_002.jpg
Hart_Gary_MGP_001.jpg
Hart_Gary_MGP_002.jpg
Hart_Gary_MGP_003.jpg
Hart_Gary_MGP_004.jpg
Hendrix_Nona_MGP_001.jpg
Hendrix_Nona_MGP_002.jpg

## Listing of "2009_Getty_Images_Published" (Page 3)

Hooks_Jan_MGP_001.jpg
Hooks_Jan_MGP_002.jpg
Jennings_Peter_MGP_001.jpg
Jennings_Peter_MGP_002.jpg
Jett_Joan_MGP_001.jpg
Jett_Joan_MGP_002.jpg
Jett_Joan_MGP_003.jpg
Kennedy_David_MGP_001.jpg
Kennedy_David_MGP_002.jpg
Kennedy_Ted_MGP_001.jpg
Kennedy_Ted_MGP_005.jpg
Kennedy_Ted_MGP_007.jpg
Liu_Lucy_MGP_004.jpg
Loan_Applications_MGP_001.jpg
Loan_Applications_MGP_002.jpg
Lone_Justice_MGP_001.jpg
Lone_Justice_MGP_002.jpg
Lone_Justice_MGP_003.jpg
Long_Ryders_MGP_001.jpg
Long_Ryders_MGP_002.jpg
Lydon_John_MGP_001.jpg
Lydon_John_MGP_002.jpg
Lydon_John_MGP_003.jpg
Lydon_John_MGP_004.jpg
Madness_MGP_001.jpg
Madness_MGP_002.jpg
Madness_MGP_003.jpg
Madness_MGP_004.jpg
Madness_MGP_005.jpg
Mann_Aimee_MGP_001.jpg
Mann_Aimee_MGP_002.jpg
Mann_Aimee_MGP_003.jpg
Mann_Aimee_MGP_004.jpg
Mann_Aimee_MGP_005.jpg
Mann_Aimee_MGP_006.jpg
Mann_Aimee_MGP_007.jpg
Mann_Aimee_MGP_008.jpg
Mann_Aimee_MGP_009.jpg
Mann_Aimee_MGP_010.jpg
Marin_Cheech_MGP_001.jpg
McGovern_George_MGP_001.jpg
McGovern_George_MGP_002.jpg
McNall_Bruce_MGP_001.jpg
McNall_Bruce_MGP_002.jpg
Michael_George_MGP_001.jpg
Michael_George_MGP_002.jpg
Motels_The_MGP_001.jpg
Motels_The_MGP_002.jpg
Motley_Crew_MGP_001.jpg
Motley_Crew_MGP_002.jpg
Murdoch_Rupert_MGP_001.jpg
Murdoch_Rupert_MGP_002.jpg
Murdoch_Rupert_MGP_003.jpg
Navratilova_Martina_MGP_001.jpg
Oldman_Gary_MGP_001.jpg
Oldman_Gary_MGP_002.jpg
Oldman_Gary_MGP_003.jpg
Olson_KT_MGP_001.jpg
Olson_KT_MGP_002.jpg
Phillips_Lou_Diamond_MGP_001.jpg
Phillips_Lou_Diamond_MGP_002.jpg
Poitier_Sidney_MGP_001.jpg

Poitier_Sidney_MGP_002.jpg
Sheen_Martin_MGP_001.jpg
Sheen_Martin_MGP_002.jpg
Sheen_Martin_MGP_003.jpg
Sheen_Martin_MGP_004.jpg
Thomas_Isiah_MGP_001.jpg
Thomas_Isiah_MGP_002.jpg
Unemployment_MGP_001.jpg
Unemployment_MGP_002.jpg
Getty_Images_Published_03_25_09
Anderson_Louie_MGP_001.jpg
Avery_James_MGP_001.jpg
Bologna_Joe_MGP_001.jpg
Brown_Julie_MGP_002.jpg
Brown_Julie_MGP_003.jpg
Coles_Kim_MGP_001.jpg
Jackson_Victoria_MGP_001.jpg
Jackson_Victoria_MGP_002.jpg
Johnson_Beverly_MGP_001.jpg
Johnson_Beverly_MGP_002.jpg
Kennedy_Family_MGP_001.jpg
Kennedy_Family_MGP_035.jpg
Kennedy_Jacqueline_MGP_001.jpg
Kennedy_Jacqueline_MGP_002.jpg
OConnor_Sinead_MGP_001.jpg
OConnor_Sinead_MGP_002.jpg
Ono_Yoko_MGP_001.jpg
Pacman_MGP_001.jpg
Pacman_MGP_002.jpg
Palmer_Robert_MGP_001.jpg
Palmer_Robert_MGP_002.jpg
Palmer_Robert_MGP_003.jpg
Penn_and_Teller_MGP_001.jpg
Penn_and_Teller_MGP_002.jpg
Phillips_Emo_MGP_001.jpg
Piazza_Mike_MGP_001.jpg
Piazza_Mike_MGP_002.jpg
Piazza_Mike_MGP_003.jpg
Rally_ERA_MGP_001.jpg
Rally_ERA_MGP_002.jpg
Reagan_Ronald_MGP_001.jpg
Reagan_Ronald_MGP_002.jpg
Reagan_Ronald_MGP_003.jpg
Reagan_Ronald_MGP_004.jpg
Redford_Robert_MGP_001.jpg
Redford_Robert_MGP_002.jpg
Ronstadt_Linda_MGP_002.jpg
Ronstadt_Linda_MGP_003.jpg
Selleck_Tom_MGP_001.jpg
Selleck_Tom_MGP_002.jpg
Seymour_Jane_MGP_001.jpg
Seymour_Jane_MGP_002.jpg
Springstein_Bruce_MGP_001.jpg
Springstein_Bruce_MGP_002.jpg
Stewart_Patrick_MGP_001.jpg
Stewart_Patrick_MGP_002.jpg
Summer_Donna_MGP_001.jpg
Summer_Donna_MGP_002.jpg
Tarantino_Quentin_MGP_001.jpg
Tarantino_Quentin_MGP_002.jpg
Tarantino_Quentin_MGP_003.jpg
The_X-Files_MGP_001.jpg
The_X-Files_MGP_002.jpg

The_X-Files_MGP_003.jpg
The_X-Files_MGP_004.jpg
The_X-Files_MGP_005.jpg
The_X-Files_MGP_006.jpg
The_X-Files_MGP_008.jpg
Thirtysomething_MGP_001.jpg
Thirtysomething_MGP_002.jpg
Thornton_Billy_Bob_MGP_001.jpg
Thornton_Billy_Bob_MGP_002.jpg
Travis_Randy_MGP_001.jpg
Vega_Suzanne_MGP_001.jpg
Vega_Suzanne_MGP_002.jpg
Venti_Mark_MGP_001.jpg
Venti_Mark_MGP_002.jpg
Venti_Mark_MGP_003.jpg
Vonnegut_Kurt_MGP_001.jpg
Wayans_Keenan_Ivory_MGP_001.jpg
Webber_Steve_MGP_001.jpg
Webber_Steve_MGP_002.jpg
White_Vanna_MGP_001.jpg
Williams_John_MGP_001.jpg
Williams_John_MGP_002.jpg
Williams_John_MGP_003.jpg
Williams_John_MGP_004.jpg
Williams_Vanessa_MGP_001.jpg
Williams_Vanessa_MGP_002.jpg
Williams_Vanessa_MGP_003.jpg
Wonder_Years_The_MGP_001.jpg
Woods_James_MGP_001.jpg
Zappa_Frank_MGP_001.jpg
Zappa_Frank_MGP_002.jpg
Zappa_Frank_MGP_003.jpg
Getty_Images_Published_04_09_09
Andrews_Julie_MGP_001.jpg
Berle_Milton_MGP_001.jpg
Burke_Tom_MGP_001.jpg
Burke_Tom_MGP_002.jpg
Golden_Globe_Awards_MGP_001.jpg
Golden_Globe_Awards_MGP_002.jpg
Golden_Globe_Awards_MGP_003.jpg
Hart_Mary_MGP_001.jpg
Hart_Mary_MGP_002.jpg
Hartman_Phil_MGP_001.jpg
Hartman_Phil_MGP_002.jpg
Harvard_Ragata_MGP_001.jpg
Harvard_Ragata_MGP_002.jpg
Honduras_MGP_001.jpg
Honduras_MGP_002.jpg
Honduras_MGP_003.jpg
Honduras_MGP_004.jpg
Human_Sexual_Response_MGP_001.jpg
Human_Sexual_Response_MGP_002.jpg
Human_Sexual_Response_MGP_003.jpg
Human_Sexual_Response_MGP_004.jpg
Kennedy_Ted_MGP_003.jpg
Landau_Martin_MGP_001.jpg
Landau_Martin_MGP_002.jpg
Landau_Martin_MGP_003.jpg
Lemmon_Jack_MGP_001.jpg
Lemmon_Jack_MGP_002.jpg
Leoni_Tea_MGP_001.jpg
Leoni_Tea_MGP_002.jpg
Lisa_Lisa_Cult_Jam_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 4)

MC_Young_MGP_001.jpg
MC_Young_MGP_002.jpg
Moe_Dee_Kool_MGP_001.jpg
Moe_Dee_Kool_MGP_002.jpg
ONeill_Tip_MGP_001.jpg
Priestly_Jason_MGP_001.jpg
Priestly_Jason_MGP_002.jpg
Priestly_Jason_MGP_003.jpg
Priestly_Jason_MGP_004.jpg
Priestly_Jason_MGP_005.jpg
Ronstadt_Linda_MGP_001.jpg
Rydell_Mark_MGP_001.jpg
Rydell_Mark_MGP_002.jpg
Saint_Eva_Marie_MGP_001.jpg
Saldana_Teresa_MGP_001.jpg
Seinfeld_Jerry_MGP_001.jpg
Seinfeld_Jerry_MGP_002.jpg
Seinfeld_Jerry_MGP_003.jpg
Seinfeld_Jerry_MGP_004.jpg
Sex_Pistols_MGP_001.jpg
Sex_Pistols_MGP_002.jpg
Shriver_Maria_MGP_001.jpg
Simon_Paul_MGP_001.jpg
Simon_Paul_MGP_002.jpg
Simon_Paul_MGP_003.jpg
Singleton_John_MGP_001.jpg
Spelling_Tori_MGP_001.jpg
Springer_Jerry_MGP_001.jpg
Springer_Jerry_MGP_002.jpg
Starks_John_MGP_001.jpg
Starks_John_MGP_002.jpg
Steinfeld_Jake_MGP_001.jpg
Take_6_MGP_001.jpg
Tartikoff_Brandon_MGP_001.jpg
The_Fat_Boys_MGP_001.jpg
Tolken_Michael_MGP_001.jpg
Tolken_Michael_MGP_002.jpg
Tucci_Stanley_MGP_001.jpg
Tucci_Stanley_MGP_002.jpg
Tweed_Shannon_MGP_001.jpg
Visnjic_Goran_MGP_001.jpg
Visnjic_Goran_MGP_002.jpg
Visnjic_Goran_MGP_003.jpg
Visnjic_Goran_MGP_004.jpg
Ward_Fred_MGP_001.jpg
Ward_Fred_MGP_002.jpg
Waronker_Larry_MGP_001.jpg
Waronker_Larry_MGP_002.jpg
Wuhl_Robert_MGP_001.jpg
Wuhl_Robert_MGP_002.jpg
Xena_MGP_001.jpg
Xena_MGP_002.jpg
Xena_MGP_003.jpg
Getty_Images_Published_04_20_09
Bono_Sonny_MGP_001.jpg
Bono_Sonny_MGP_002.jpg
Bono_Sonny_MGP_003.jpg
Bono_Sonny_MGP_004.jpg
Branagh_Kenneth_MGP_001.jpg
Branagh_Kenneth_MGP_002.jpg
Branagh_Kenneth_MGP_003.jpg
Brosnan_Pierce_MGP_001.jpg

Brosnan_Pierce_MGP_002.jpg
Brosnan_Pierce_MGP_003.jpg
Brosnan_Pierce_MGP_004.jpg
Brosnan_Pierce_MGP_005.jpg
Burrows_James_MGP_001.jpg
Burrows_James_MGP_002.jpg
Burrows_James_MGP_003.jpg
Carew_Rod_MGP_001.jpg
Carew_Rod_MGP_002.jpg
Carew_Rod_MGP_002.jpg
Cassidy_Shawn_MGP_001.jpg
Cassidy_Shawn_MGP_002.jpg
Cassidy_Shawn_MGP_003.jpg
Chang_Michael_MGP_001.jpg
Chang_Michael_MGP_002.jpg
Chase_Chevy_MGP_001.jpg
Chase_Chevy_MGP_002.jpg
Chase_Chevy_MGP_003.jpg
Child_Julia_MGP_001.jpg
Child_Julia_MGP_002.jpg
Chopra_Deepak_MGP_001.jpg
Chopra_Deepak_MGP_002.jpg
Chopra_Deepak_MGP_003.jpg
Chopra_Deepak_MGP_004.jpg
Chopra_Deepak_MGP_005.jpg
Chopra_Deepak_MGP_006.jpg
Chrichton_Michael_MGP_001.jpg
Close_Glen_MGP_001.jpg
Close_Glen_MGP_002.jpg
Close_Glen_MGP_003.jpg
Connely_Jennifer_MGP_001.jpg
Connely_Jennifer_MCP_002.jpg
Cornfeld_Bernard_MGP_001.jpg
Cornfeld_Bernard_MGP_002.jpg
Davidson_Tommy_MGP_001.jpg
Davidson_Tommy_MGP_002.jpg
Deukmajian_George_MGP_001.jpg
Deukmajian_George_MGP_002.jpg
Disney_Roy_MGP_001.jpg
Disney_Roy_MGP_002.jpg
Disney_Roy_MGP_003.jpg
Dukakis_Kitty_MGP_001.jpg
Dukakis_Kitty_MGP_002.jpg
Dysart_Richard_MGP_001.jpg
Dysart_Richard_MGP_002.jpg
Education_Learning_English_MGP_001.jpg
Education_Learning_English_MGP_002.jpg
EnVogue_MGP_0011.jpg
EnVogue_MGP_002.jpg
EnVogue_MGP_003.jpg
EnVogue_MGP_004.jpg
EnVogue_MGP_005.jpg
EnVogue_MGP_006.jpg
EnVogue_MGP_007.jpg
EnVogue_MGP_009.jpg
EnVogue_MGP_010.jpg
Fabulous_Thunderbirds_MGP_001.jpg
Fabulous_Thunderbirds_MGP_002.jpg
Farley_Chris_MGP_001.jpg
Farley_Chris_MGP_002.jpg
Flutie_Doug_MGP_001.jpg
Flutie_Doug_MGP_002.jpg
Flynn_Ray_MGP_001.jpg

Flynn_Ray_MGP_002.jpg
Ford_Gerald_MGP_001.jpg
Ford_Gerald_MGP_002.jpg
Frank_Barney_MGP_001.jpg
Frank_Barney_MGP_002.jpg
Fur_Coats_MGP_001.jpg
Fur_Coats_MGP_002.jpg
Garofalo_Janeane_MGP_001.jpg
Garofalo_Janeane_MGP_002.jpg
Glaser_Elizabeth_MGP_001.jpg
Glaser_Elizabeth_MGP_002.jpg
Goldberg_Adam_MGP_002.jpg
Huizenga_Wayne_MGP_001.jpg
Huizenga_Wayne_MGP_002.jpg
Jennings_Waylon_MGP_001.jpg
Jennings_Waylon_MGP_002.jpg
Jennings_Waylon_MGP_003.jpg
Johnson_Michael_MGP_002.jpg
Krantz_Judith_MGP_001.jpg
Krantz_Judith_MGP_002.jpg
Kushner_Tony_MGP_001.jpg
Kushner_Tony_MGP_002.jpg
Lane_Diane_MGP_001.jpg
Lane_Diane_MGP_002.jpg
Lane_Diane_MGP_003.jpg
Lawrence_Martin_MGP_001.jpg
Lawrence_Martin_MGP_002.jpg
Lawrence_Martin_MGP_003.jpg
Lawrence_Martin_MGP_004.jpg
==Lawrence_Sharon_MGP_001.jpg==
==Lawrence_Sharon_MGP_002.jpg==
Lear_Norman_MGP_001.jpg
Lear_Norman_MGP_002.jpg
Midler_Bette_MGP_001.jpg
Midler_Bette_MGP_002.jpg
Miller_Johnathan_MGP_001.jpg
Miller_Johnathan_MGP_002.jpg
Miller_Johnathan_MGP_003.jpg
Mirren_Helen_MGP_001.jpg
Mirren_Helen_MGP_002.jpg
Mirren_Helen_MGP_003.jpg
Mirren_Helen_MGP_004.jpg
Mirren_Helen_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_002.jpg
Olson_MaryKate_Ashley_MGP_003.jpg
Olson_MaryKate_Ashley_MGP_004.jpg
Olson_MaryKate_Ashley_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_006.jpg
Parker_Fess_MGP_001.jpg
Pinsky_Drew_MGP_001.jpg
Rafelson_Bob_MGP_001.jpg
Rafelson_Bob_MGP_002.jpg
Reagan_Mike_MGP_001.jpg
Reagan_Mike_MGP_002.jpg
Reese_Della_MGP_001.jpg
Reese_Della_MGP_002.jpg
Remini_Leah_MGP_001.jpg
Remini_Leah_MGP_002.jpg
Remini_Leah_MGP_003.jpg
Remini_Leah_MGP_004.jpg
Ross_Charlotte_MGP_001.jpg
Ross_Charlotte_MGP_002.jpg

## Listing of "2009_Getty_Images_Published" (Page 5)

Wilson_Brian_MGP_001.jpg
Wilson_Brian_MGP_002.jpg
Wilson_Brian_MGP_003.jpg
Wilson_Mary_MGP_001.jpg
Wilson_Mary_MGP_002.jpg
Yoakam_Dwight_MGP_001.jpg
Yoakam_Dwight_MGP_002.jpg
Yoakam_Dwight_MGP_003.jpg
Yoakam_Dwight_MGP_004.jpg
Yoakam_Dwight_MGP_005.jpg
Getty_Images_Published_06_03_09
Adamson_Stuart_MGP_001.jpg
Alda_Alan_MGP_001.jpg
Alda_Alan_MGP_002.jpg
Alda_Alan_MGP_003.jpg
Allen_Chad_MGP_001.jpg
And_The_Band_Played_On_MGP_001.jpg
Andreessen_Marc_MGP_001.jpg
Andreessen_Marc_MGP_002.jpg
Applegate_Christina_MGP_002.jpg
Arnold_Tom_MGP_001.jpg
Ashworh_John_MGP_001.jpg
Ashworth_John_MGP_002.jpg
Ashworth_John_MGP_005.jpg
Ashworth_John_MGP_006.jpg
Baker_Dusty_MGP_001.jpg
Baker_Dusty_MGP_002.jpg
Bakula_Scott_MGP_001.jpg
Bakula_Scott_MGP_002.jpg
Barker_Clive_MGP_001.jpg
Barker_Clive_MGP_002.jpg
Beard_Amanda_MGP_001.jpg
Beard_Amanda_MGP_002.jpg
Beard_Amanda_MGP_003.jpg
Boone_Pat_001_MGP.jpg
Boone_Pat_002_MGP.jpg
Buckingham_Jane_MGP_001.jpg
Bush_George_MGP_001.jpg
Bush_George_MGP_002.jpg
Bush_George_MGP_003.jpg
Bush_George_MGP_004.jpg
Bush_George_MGP_005.jpg
Bush_George_MGP_006.jpg
Bush_George_MGP_007.jpg
Bush_George_MGP_008.jpg
Bush_George_MGP_009.jpg
Caan_James_MGP_006.jpg
Carter_Jimmy_MGP_001.jpg
Carter_Jimmy_MGP_002.jpg
Carter_Jimmy_MGP_003.jpg
Carter_Jimmy_MGP_004.jpg
DynCorp_MGP_001.jpg
DynCorp_MGP_002.jpg
Fairchild_Morgan_MGP_001.jpg
Fairchild_Morgan_MGP_002.jpg
Farley_Chris_MGP_003.jpg
Farley_Chris_MGP_004.jpg
Grammer_Kelsey_MGP_001.jpg
Grammer_Kelsey_MGP_002.jpg
Grammys_MGP_002.jpg
Haggis_Paul_MGP_001.jpg
Haggis_Paul_MGP_002.jpg

Hagler_Marvin_MGP_001.jpg
Hagler_Marvin_MGP_002.jpg
Haim_Corey_MGP_001.jpg
Haim_Corey_MGP_002.jpg
Haim_Corey_MGP_003.jpg
Hamlisch_Marvin_MGP_001.jpg
Hamlisch_Marvin_MGP_002.jpg
Hannah_Daryl_MGP_001.jpg
Hannah_Daryl_MGP_002.jpg
Kennedy_Family_MGP_036.jpg
Kennedy_Family_MGP_037.jpg
Kennedy_Family_MGP_038.jpg
Kennedy_Joan_MGP_001.jpg
Kennedy_Joan_MGP_002.jpg
Kennedy_Joan_MGP_003.jpg
Kennedy_John_Jr_MGP_001.jpg
Koontz_Dean_MGP_001.jpg
Koontz_Dean_MGP_002.jpg
Lawrence_Sharon_MGP_003.jpg
Level_One_Annual_MGP_001.jpg
Level_One_Annual_MGP_002.jpg
McKellan_Sitlan_MGP_001.jpg
Moe_Tommy_MGP_001.jpg
Moe_Tommy_MGP_002.jpg
Monheit_Jane_MGP_001.jpg
Montgomery_Tim_MGP_002.jpg
Nightlife_Heavy_Metal_MGP_001.jpg
Nightlife_Heavy_Metal_MGP_002.jpg
NWA_MGP_001.jpg
Selleck_Tom_MGP_001.jpg
Tomlin_Lily_MGP_001.jpg
Von_Bulow_Claus_MGP_001.jpg
Von_Bulow_Claus_MGP_002.jpg
Wilder_Billy_MGP_001.jpg
Wuhl_Robert_MGP_002.jpg
Getty_Images_Published_06_16_09
Abortion_Story_MGP_001.jpg
Abortion_Story_MGP_002.jpg
AIDS_MGP_001.jpg
AIDS_MGP_002.jpg
AIDS_MGP_003.jpg
AIDS_MGP_004.jpg
AIDS_MGP_005.jpg
Alexander_Jason_MGP_003.jpg
Archer_Army_MGP_003.jpg
Arnold_Tom_MGP_001.jpg
Bernstein_Leonard_MGP_002.jpg
Bertolucci_Bernardo_MGP_001.jpg
Chen_Joan_MGP_001.jpg
Cher_MGP_003.jpg
Cher_MGP_005.jpg
Cher_MGP_006.jpg
Cole_Natalie_MGP_003.jpg
Cole_Natalie_MGP_004.jpg
Costanza_George_MGP_001.jpg
DArbanville_Patty_MGP_001.jpg
Depeche_Mode_MGP_001.jpg
Depeche_Mode_MGP_002.jpg
DiceClay_Andrew_MGP_001.jpg
Donahoe_Amanda_MGP_001 (1).jpg
Donahoe_Amanda_MGP_001.jpg
Durning_Charles_MGP_001.jpg
Evening_At_The_Improv_MGP_002.jpg

Evening_At_The_Improv_MGP_003.jpg
Evening_At_The_Improv_MGP_005.jpg
Fairchild_Morgan_MGP_001.jpg
Fairchild_Morgan_MGP_002.jpg
Falk_Peter_MGP_001.jpg
Falk_Peter_MGP_002.jpg
Fitzgerald_Ella_MGP_001.jpg
Fitzgerald_Ella_MGP_002.jpg
Fitzgerald_Ella_MGP_003.jpg
Glaser_Elizabeth_MGP_001.jpg
Glaser_Elizabeth_MGP_002.jpg
Goldberg_Adam_MGP_001.jpg
Goldberg_Adam_MGP_002.jpg
Grammys_MGP_001.jpg
Hasslehoff_David_MGP_001.jpg
Hasslehoff_David_MGP_002.jpg
Hasslehoff_David_MGP_003.jpg
Jennings_Waylon_MGP_001.jpg
Jennings_Waylon_MGP_002.jpg
Jennings_Waylon_MGP_003.jpg
Jones_Quincy_MGP_003.jpg
Jones_Quincy_MGP_004.jpg
Jones_Quincy_MGP_006.jpg
Jones_Quincy_MGP_008.jpg
Lane_Diane_MGP_001.jpg
Lane_Diane_MGP_002.jpg
Lane_Diane_MGP_003.jpg
Lasseter_John_MGP_001.jpg
Lasseter_John_MGP_002.jpg
Leary_Timothy_MGP_001.jpg
Leary_Timothy_MGP_002.jpg
Leary_Timothy_MGP_003.jpg
LeBlanc_Matthew_MGP_001.jpg
LeBlanc_Matthew_MGP_002.jpg
LeBlanc_Matthew_MGP_004.jpg
LeBlanc_Matthew_MGP_006.jpg
LeBlanc_Matthew_MGP_007.jpg
MacLaine_Shirley_MGP_001.jpg
MacLaine_Shirley_MGP_002.jpg
Madsen_Michael_MGP_001.jpg
Madsen_Michael_MGP_002.jpg
Najimy_Kathy_MGP_001.jpg
Najimy_Kathy_MGP_002.jpg
Nimoy_Leonard_MGP_001.jpg
Nimoy_Leonard_MGP_002.jpg
Nimoy_Leonard_MGP_003.jpg
Phillips_Julia_MGP_001.jpg
Phillips_Julia_MGP_002.jpg
Phillips_Julia_MGP_003.jpg
Powers_David_J_MGP_001.jpg
Ralph_Lee_Sheryl_MGP_001.jpg
Randall_Terry_MGP_001.jpg
Randall_Terry_MGP_002.jpg
Randall_Terry_MGP_003.jpg
Randall_Terry_MGP_004.jpg
Randall_Terry_MGP_005.jpg
Reiner_Rob_MGP_001.jpg
Reiner_Rob_MGP_002.jpg
Reiner_Rob_MGP_003.jpg
Spencer_John_MGP_001.jpg
Spillane_Mickey_MGP_001.jpg
Spillane_Mickey_MGP_002.jpg
The_Cult_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 6)

The_Cure_MGP_001.jpg
The_Cure_MGP_002.jpg
Til_Tuesday_MGP_001.jpg
Til_Tuesday_MGP_002.jpg
Til_Tuesday_MGP_003.jpg
Getty_Images_Published_10_26_09
Alda_Alan_MGP_001.jpg
Alda_Alan_MGP_002.jpg
Alda_Alan_MGP_003.jpg
Allen_Chad_MGP_001.jpg
And_The_Band_Played_On_MGP_001.jpg
Andreessen_Marc_MGP_001.jpg
Andreessen_Marc_MGP_002.jpg
Ashworth_John_MGP_004.jpg
Baker_Dusty_MGP_001.jpg
Baker_Dusty_MGP_002.jpg
Barker_Clive_MGP_001.jpg
Barker_Clive_MGP_002.jpg
Beard_Amanda_MGP_001.jpg
Beard_Amanda_MGP_002.jpg
Beard_Amanda_MGP_003.jpg
Bono_Sonny_MGP_001.jpg
Bono_Sonny_MGP_002.jpg
Bono_Sonny_MGP_003.jpg
Bono_Sonny_MGP_004.jpg
Boone_Pat_001_MGP.jpg
Boone_Pat_002_MGP.jpg
Branagh_Kenneth_MGP_001.jpg
Branagh_Kenneth_MGP_002.jpg
Branagh_Kenneth_MGP_003.jpg
Brosnan_Pierce_MGP_001.jpg
Brosnan_Pierce_MGP_002.jpg
Brosnan_Pierce_MGP_003.jpg
Brosnan_Pierce_MGP_004.jpg
Brosnan_Pierce_MGP_005.jpg
Burrows_James_MGP_001.jpg
Burrows_James_MGP_002.jpg
Burrows_James_MGP_003.jpg
Bush_George_MGP_001.jpg
Bush_George_MGP_002.jpg
Bush_George_MGP_003.jpg
Bush_George_MGP_004.jpg
Bush_George_MGP_005.jpg
Bush_George_MGP_006.jpg
Bush_George_MGP_007.jpg
Bush_George_MGP_008.jpg
Bush_George_MGP_009.jpg
Caan_James_MGP_002.jpg
Caan_James_MGP_003.jpg
Caan_James_MGP_004.jpg
Caan_James_MGP_005.jpg
Carew_Rod_MGP_001.jpg
Carew_Rod_MGP_002.jpg
Carew_Rod_MGP_003.jpg
Carter_Jimmy_MGP_001.jpg
Carter_Jimmy_MGP_002.jpg
Carter_Jimmy_MGP_003.jpg
Carter_Jimmy_MGP_004.jpg
Cassidy_Shawn_MGP_001.jpg
Cassidy_Shawn_MGP_002.jpg
Cassidy_Shawn_MGP_003.jpg
Chang_Michael_MGP_001.jpg

Chang_Michael_MGP_002.jpg
Chase_Chevy_MGP_001.jpg
Chase_Chevy_MGP_002.jpg
Chase_Chevy_MGP_003.jpg
Child_Julia_MGP_001.jpg
Child_Julia_MGP_002.jpg
Chopra_Deepak_MGP_001.jpg
Chopra_Deepak_MGP_002.jpg
Chopra_Deepak_MGP_003.jpg
Chopra_Deepak_MGP_004.jpg
Chopra_Deepak_MGP_005.jpg
Chopra_Deepak_MGP_006.jpg
Close_Glen_MGP_001.jpg
Close_Glen_MGP_002.jpg
Close_Glen_MGP_003.jpg
Cole_Natalie_MGP_001.jpg
Cole_Natalie_MGP_002.jpg
Connely_Jennifer_MGP_001.jpg
Connely_Jennifer_MGP_002.jpg
Cornfeld_Bernard_MGP_001.jpg
Cornfeld_Bernard_MGP_002.jpg
Crichton_Michael_MGP_001.jpg
Davidson_Tommy_MGP_001.jpg
Davidson_Tommy_MGP_002.jpg
Deukmajian_George_MGP_001.jpg
Deukmajian_George_MGP_002.jpg
Disney_Roy_MGP_001.jpg
Disney_Roy_MGP_002.jpg
Disney_Roy_MGP_003.jpg
Dukakis_Kitty_MGP_001.jpg
Dukakis_Michael_MGP_002.jpg
DynCorp_MGP_001.jpg
DynCorp_MGP_002.jpg
Dysart_Richard_MGP_001.jpg
Dysart_Richard_MGP_002.jpg
Education_Learning_English_MGP_001.jpg
Education_Learning_English_MGP_002.jpg
EnVogue_MGP_0011.jpg
EnVogue_MGP_002.jpg
EnVogue_MGP_003.jpg
EnVogue_MGP_004.jpg
EnVogue_MGP_005.jpg
EnVogue_MGP_006.jpg
EnVogue_MGP_007.jpg
EnVogue_MGP_009.jpg
EnVogue_MGP_010.jpg
Evening_At_The_Improv_MGP_004.jpg
Fabulous_Thunderbirds_MGP_001.jpg
Fabulous_Thunderbirds_MGP_002.jpg
Farley_Chris_MGP_001.jpg
Farley_Chris_MGP_002.jpg
Farley_Chris_MGP_003.jpg
Farley_Chris_MGP_004.jpg
Flutie_Doug_MGP_001.jpg
Flutie_Doug_MGP_002.jpg
Flynn_Ray_MGP_001.jpg
Flynn_Ray_MGP_002.jpg
Frank_Barney_MGP_001.jpg
Frank_Barney_MGP_002.jpg
Fur_Coats_MGP_001.jpg
Fur_Coats_MGP_002.jpg
Garofalo_Janeane_MGP_001.jpg
Garofalo_Janeane_MGP_002.jpg

Grammer_Kelsey_MGP_001.tif.jpg
Grammer_Kelsey_MGP_002.jpg
Haggis_Paul_MGP_001.jpg
Haggis_Paul_MGP_002.jpg
Haim_Corey_MGP_001.jpg
Haim_Corey_MGP_002.jpg
Haim_Corey_MGP_003.jpg
Hannah_Daryl_MGP_001.jpg
Hannah_Daryl_MGP_002.jpg
Kennedy_Family_MGP_036.jpg
Kennedy_Family_MGP_037.jpg
Kennedy_Family_MGP_038.jpg
Kennedy_Joan_MGP_002.jpg
Kennedy_Joan_MGP_003.jpg
Koontz_Dean_MGP_001.jpg
Koontz_Dean_MGP_002.jpg
Kushner_Tony_MGP_001.jpg
Kushner_Tony_MGP_002.jpg
Lear_Norman_MGP_001.jpg
Lear_Norman_MGP_002.jpg
Level_One_Annual_MGP_001.jpg
Level_One_Annual_MGP_002.jpg
McFerrin_Bobby_MGP_003.jpg
Miller_Johnathan_MGP_001.jpg
Miller_Johnathan_MGP_002.jpg
Miller_Johnathan_MGP_003.jpg
Mirren_Helen_MGP_001.jpg
Mirren_Helen_MGP_002.jpg
Mirren_Helen_MGP_003.jpg
Mirren_Helen_MGP_004.jpg
Mirren_Helen_MGP_005.jpg
Montgomery_Tim_MGP_001.jpg
Montgomery_Tim_MGP_0031.jpg
Nightlife_Heavy_Metal_MGP_001.jpg
Nightlife_Heavy_Metal_MGP_002.jpg
NWA_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_001.jpg
Olson_MaryKate_Ashley_MGP_002.jpg
Olson_MaryKate_Ashley_MGP_003.jpg
Olson_MaryKate_Ashley_MGP_004.jpg
Olson_MaryKate_Ashley_MGP_005.jpg
Olson_MaryKate_Ashley_MGP_006.jpg
Perrineau_Harold_MGP_001.jpg
Pinsky_Drew_MGP_001.jpg
Rafelson_Bob_MGP_001.jpg
Rafelson_Bob_MGP_002.jpg
Reagan_Mike_MGP_001.jpg
Reagan_Mike_MGP_002.jpg
Reese_Della_MGP_001.jpg
Reese_Della_MGP_002.jpg
Remini_Leah_MGP_001.jpg
Remini_Leah_MGP_002.jpg
Remini_Leah_MGP_003.jpg
Remini_Leah_MGP_004.jpg
Selleck_Tom_MGP_001.jpg
Tomlin_Lily_MGP_001.jpg
Von_Bulow_Claus_MGP_002 (1).jpg
Von_Bulow_Claus_MGP_002.jpg
Webster_Martel_MGP_001.jpg
Webster_Martel_MGP_002.jpg
Webster_Martel_MGP_003.jpg
Webster_Martel_MGP_004.jpg
Wilder_Billy_MGP_001.jpg

## Listing of "2009_Getty_Images_Published" (Page 7)

Wilson_Brian_MGP_001.jpg
Wilson_Brian_MGP_002.jpg
Wilson_Brian_MGP_003.jpg
Wilson_Mary_MGP_001.jpg
Wilson_Mary_MGP_002.jpg
Yoakam_Dwight_MGP_001.jpg
Yoakam_Dwight_MGP_002.jpg
Yoakam_Dwight_MGP_003.jpg
Yoakam_Dwight_MGP_004.jpg
Yoakam_Dwight_MGP_005.jpg



Abdul_Jabar_Kareem_MGP_001 Abdul_Jabar_Kareem_MGP_002 Ade_King_Sunny_MGP_001 Ade_King_Sunny_MGP_002 Ade_King_Sunny_MGP_003

AIDS_MGP_001 AIDS_MGP_002 AIDS_MGP_003 AIDS_MGP_004 AIDS_MGP_005

Alda_Alan_MGP_001 Alda_Alan_MGP_002 Alda_Alan_MGP_003 Alexander_Jason_MGP_001 Alexander_Jason_MGP_002

Alexander_Jason_MGP_003 Allen_Chad_MGP_001 Allen_Tim_MGP_001 Alzado_Lyle_MGP_001 Alzado_Lyle_MGP_002

Alzado_Lyle_MGP_003 Americas_Funniest_Videos_MGP_001 Americas_Funniest_Videos_MGP_002 And_The_Band_Played_On_MGP_001 Anderson_John_MGP_001

Anderson_John_MGP_002 Anderson_Louie_MGP_001 Anderson_Pamela_MGP_001 Anderson_Pamela_MGP_002 Anderson_Pamela_MGP_003

Andreessen_Marc_MGP_001 Andreessen_Marc_MGP_002 Andrews_Julie_MGP_001 Andrews_Julie_MGP_002 Angel_Vanessa_MGP_001

Angel_Vanessa_MGP_002 Anti_Neutron_Bomb_MGP_001 Anti_Neutron_Bomb_MGP_002 Anti_Neutron_Bomb_MGP_003 Anti_Neutron_Bomb_MGP_004

Anti_Neutron_Bomb_MGP_005 Anti_Neutron_Bomb_MGP_006 Applegate_Christina_MGP_002 Applegate_Christina_MGP_004 Archer_Army_MGP_001

DMCA Takedown Notice

## Copyright Infringement Notice

Copyright Department <copyright@grecco.com>

Fri 1/19/2024 6:19 PM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (3 MB)

20100707_Grecco_Photo_Getty_Published_2009_See_Form_GR_PPh_CON_0170B 2 (1)_compressed.pdf; Screenshot_1.jpg;

January 19, 2024

Copyright Agent
Fandom, Inc.
130 Sutter Street, 4th Floor
San Francisco, CA 94104

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19940517_Anderson_Pamela_MGP_0001.tiff"

Locations:

https://baywatch.fandom.com/wiki/Pamela_Anderson

https://baywatch.fandom.com/wiki/Pamela_Anderson/Gallery?file=Pamela-anderson-modelling_17.jpg

https://static.wikia.nocookie.net/baywatch/images/c/c5/Pamela-anderson-modelling_17.jpg/revision/latest/scale-to-width-down/1000?cb=20220903004201

File/excerpt name: 19940517_Anderson_Pamela_MGP_0001.tiff

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com
calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





Acknowledgment of DMCA

# Fandom welcome email

Fandom <support@fandom.zendesk.com>

Fri 1/19/2024 6:19 PM

To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/mPEUUYdOAx47MdIkAHqLLOHAL/

This email is a service from Fandom. Delivered by **Zendesk**