# EXHIBIT R

# Sliders Wiki

231 PAGES

in: Characters

## Maggie Beckett

EDIT

**Margaret Alison "Maggie" Beckett** is a fictional character on the television show *Sliders*, played by Kari Wühren. She was introduced in the episode "The Exodus" and was present in the last nine episodes of the third season, and the entire fourth and fifth seasons. Maggie had a father named Thomas Beckett who was also in the military.

### Character history

When the sliders first met Maggie in the episode *The Exodus*, she was a captain in the military under the command of Colonel Angus Rickman. She was married to Dr. Stephen Jensen, who was in a wheelchair due to an accident a year prior. She was part of a plot to assassinate Dr. Jaribeck, a scientist who discovered that a pulsar would soon irradiate the Earth, killing all life, although Maggie was unaware of the kill order until too late. Since the sliders were with him when he died, Maggie questioned them about anything he might have said. The sliders managed to escape from Maggie and locked her in the trunk of a car, but Maggie arrested the sliders when she met them again at Dr. Jaribeck's office at California Institute of Technology.

When Maggie's superiors learned about sliding technology, Quinn was ordered to help Dr. Jensen (Maggie's husband) perfect his sliding technology. Maggie and Quinn were ordered to scout parallel worlds to find one that was suitable to build a colony where people would be free from the deadly pulsars.

Maggie almost died when she arrived to Earth Prime and was unable to breathe the air. Quinn concluded that the people on Maggie's earth must have different lungs than the lungs of people on Earth Prime.

Dr. Jensen felt that Quinn and Maggie were attracted to each other and was angry at Quinn because of that.

Rickman killed Dr. Jensen to keep him quiet. When Maggie found out that Rickman murdered her husband, she wanted revenge. Rickman slid, so Maggie's only way to get revenge was to slide with Quinn, Rembrandt and Wade. Right after Maggie decided to slide with the others, when Quinn said, "Welcome aboard, Captain Beckett," Maggie revealed that she resigned her position in the military and was now just 'Beckett' and no longer 'Captain Beckett'.

In the episode "Roads Taken", Quinn and Maggie went into a "bubble universe" that existed only for the two of them. In that universe, the two were married and had a child named Thomas (named after Maggie's father).

### Relationship with Wade

Maggie and Wade never got along. When they first met. Wade said, "There's something about that woman I don't like. Make that everything about that woman I don't like." Maggie was critical of the way Wade was handling the death of Maximillian Arturo and used it as evidence that she was weak. However she started to understand as she also broke down due to her husband's death and reevaluated her opinion of Wade somewhat when Wade saved her life from a zombie commenting that Wade "showed her something" by doing that and seemed somewhat humbled by the experience. In the episode "Dinoslide", the conflict between Wade and Maggie was further examined. At the beginning of the episode, Wade was upset about Maggie's desire to kill Rickman out of revenge. Later, when the sliders encountered dinosaurs, Maggie wanted to kill the Tyrannosaurus Rex. Wade remarked, "Isn't there anything she doesn't think about killing?" By the end of the episode, there were indicators that the two were starting to get along.

---

**Maggie Beckett**



Kari Wühren as **Maggie Beckett**

| Portrayed by | Kari Wühren |
| --- | --- |
| First appearance | The Exodus |
| Last appearance | The Seer |

| Statistics | |
| --- | --- |
| Name | Maggie Beckett |
| Occupation | Military Captain |
| Family | Thomas "The General" Beckett (father) |
| | Dr. Stephen Jensen (husband, deceased) |

---

**Others like you also viewed**

Maximillian A...    Kromagg    Wade Welle

**Popular Pages**

Quinn Mallory

Wade Welles

Sliders

Maximillian Arturo

said, "Nice shooting!" to each other as they were shooting a gun at another chunk in the dinosaur's mouth in an attempt to kill the dinosaur. The last time they saw each other was in the episode "This Slide of Paradise". At the end of the episode, Maggie said, "I'm going to miss you getting on my nerves Wade" and then Wade responded by saying, "Same here." When Maggie met Marda in the episode "Genesis", Marda said, "Wade said you were a tough bitch," and Maggie responded, "Yeah, I bet she did!"

## Personal information ✎

In the episode "This Slide of Paradise" it was revealed that Maggie had an affair with Angus Rickman. She said it was the biggest mistake of her life.

Maggie's father's name is Thomas Beckett. Thomas Beckett is also the name of the brother of Sam Beckett in the show Quantum Leap (leading to the popular fanon belief that she may in fact be Sam's niece).

## Categories ⌄

Community content is available under CC-BY-SA unless otherwise noted.

## Fan Feed



### More Sliders Wiki

1  Kromagg

2  Quinn Mallory

3  Wade Welles



**Wade Welles**
Sliders Wiki



**Rembrandt Brown**
Sliders Wiki



**Maximillian Arturo**
Sliders Wiki

**Mallory**
Sliders Wiki



**Sliders Wiki**
Sliders Wiki

Follow on IG   TikTok   Join Fan Lab   llenge your friends!



said, "Nice shooting!" to each other as they were shooting a gun at a weapon stuck in the dinosaur's mouth in an attempt to kill the dinosaur. The last time they saw each other was in the episode "This Slide of Paradise". At the end of the episode, Maggie said, "I'm going to miss you getting on my nerves Wade!" and then Wade responded by saying, "Same here." When Maggie met Marda in the episode "Genesis", Marda said, "Wade said you were a tough bitch," and Maggie responded, "Yeah, I bet she did!"

## Personal information 🖉

In the episode "This Slide of Paradise" it was revealed that Maggie had an affair with Angus Rickman. She said it was the biggest mistake of her life.

Maggie's father's name is Thomas Beckett. Thomas Beckett is also the name of the brother of Sam Beckett in the show Quantum Leap (leading to the popular fanon belief that she may in fact be Sam's niece).

## Categories ⌄

Community content is available under CC-BY-SA unless otherwise noted.

## Fan Feed



**More Sliders Wiki**

1  Kromagg

2  Quinn Mallory

3  Wade Welles



**Wade Welles**
Sliders Wiki



**Rembrandt Brown**
Sliders Wiki



**Maximillian Arturo**
Sliders Wiki



**Mallory**
Sliders Wiki



**Sliders Wiki**
Sliders Wiki



**Kromagg**
Sliders Wiki



**Quinn Mallory**
Sliders Wiki



**Diana Davis**
Sliders Wiki



**EXPLORE PROPERTIES**
Fandom
Muthead
Fanatical

**OVERVIEW**
What is Fandom?
About
Careers
Press
Contact

**COMMUNITY**
Community Central
Support
Help

**FANDOM APPS**
Take your favorite fandoms with you and never miss a beat.

 



FOLLOW US

Terms of Use
Privacy Policy
Digital Services Act
Global Sitemap
Local Sitemap

ADVERTISE
Media Kit
Contact

Sliders Wiki is a FANDOM TV Community.

VIEW MOBILE SITE

Follow on IG    TikTok    Join Fan Lab    Check out Fandom Quizzes and cha



USCO Registration
VA-2-064-693

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-064-693

**Effective Date of Registration:**
August 20, 2017

## Title

**Title of Work:** Group Registration Photos, Grecco Photography Slides 2, published on or about January 7, 1998, 29 photos

**Content Title:** 19971209_Sliders_Cast_MGP_0001

19971209_Sliders_Cast_MGP_0003

19971209_Sliders_Cast_MGP_0004

19971209_Sliders_Cast_MGP_0005

19971209_Sliders_Cast_MGP_0006

19971209_Sliders_Cast_MGP_0007

19971209_Sliders_Cast_MGP_0008

19971209_Sliders_Cast_MGP_0009

19971209_Sliders_Cast_MGP_0010

19971209_Sliders_Cast_MGP_0012

19971209_Sliders_Cast_MGP_0013

19971209_Sliders_Cast_MGP_0014

19971209_Sliders_Cast_MGP_0015

19971209_Sliders_Cast_MGP_0016

19971209_Sliders_Cast_MGP_0017

19971209_Sliders_Cast_MGP_0018

19971209_Sliders_Cast_MGP_0019

19971209_Sliders_Cast_MGP_0020

19971209_Sliders_Cast_MGP_0021

19971209_Sliders_Cast_MGP_0023

19971209_Sliders_Cast_MGP_0024

19971209_Sliders_Cast_MGP_0025

19971209_Sliders_Cast_MGP_0026

19971209_Sliders_Cast_MGP_0027

19971209_Sliders_Cast_MGP_0028

19971209_Sliders_Cast_MGP_0029

19971209_Sliders_Cast_MGP_0030

19971209_Sliders_Cast_MGP_0031

19971209_Sliders_Cast_MGP_0032

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | January 07, 1998 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |



## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. |
| | 3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | By written agreement |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

## Certification

|  |  |
|---|---|
| **Name:** | Michael Grecco |
| **Date**: | August 20, 2017 |

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: Photos published "on or about" January 7, 1998



DMCA Takedown Notice

## Copyright Infringement Notice

**Copyright Department <copyright@grecco.com>**

Thu 2/29/2024 11:57 AM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (2 MB)

*20170820_Group_Reg_Sliders_2 (2).pdf; Maggie Beckett _ Sliders Wiki _ Fandom.pdf;*

February 29, 2024

Copyright Agent
Fandom, Inc.
130 Sutter Street, 4th Floor
San Francisco, CA 94104

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19971209_Sliders_Cast_MGP_0010.jpg"

Locations:

https://sliders.fandom.com/wiki/Maggie_Beckett

https://sliders.fandom.com/wiki/Maggie_Beckett?file=S4_maggie.jpg

https://static.wikia.nocookie.net/sliders/images/0/06/S4_maggie.jpg/revision/latest?cb=20110613134645&path-prefix=en

File/excerpt name: 19971209_Sliders_Cast_MGP_0010.jpg

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405
+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**

Director + Photographer

**O:** +1-310-452-4461

**M:** +1-310-251-4451

**W:** Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** _**Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face**_





Acknowledgment of DMCA

## Fandom welcome email

### Fandom <support@fandom.zendesk.com>

Thu 2/29/2024 11:57 AM

To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/yeL7wjif8W0Xa65ID09hN7zjT/

---

This email is a service from Fandom. Delivered by **Zendesk**