# EXHIBIT T





VIEW MOBILE SITE

Follow on IG  TikTok  Join Fan Lab  llenge your friends!



USCO Registration VAu-502-908

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VAu 502-908

EFFECTIVE DATE OF REGISTRATION
Sep 8 2000

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
Grecco Photography 8/10/00 to 9/5/00

**NATURE OF THIS WORK ▼** See instructions
Photographs

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 NAME OF AUTHOR ▼**
a. Michael Grecco Photography, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶ U.S.A.

**Was This Author's Contribution to the Work**
Anonymous? ☒ Yes ☐ No
Pseudonymous? ☒ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☒ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NAME OF AUTHOR ▼**
b.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3 a Year in Which Creation of This Work Was Completed**
2000 ◀ Year   This information must be given in all cases.

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month ▶   Day ▶   Year ▶
◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

APPLICATION RECEIVED
SEP. 08 2000
ONE DEPOSIT RECEIVED
SEP. 08 2000
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY **Jm**

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼     Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions before completing this space.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Michael Grecco
Michael Grecco Photography, Inc.
1701 Pier Avenue
Santa Monica, CA 90405

Area code and daytime telephone number ▶ (310) 452-4461     Fax number ▶ (310) 452-4462

Email ▶ michael@greccophoto.com

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Michael Grecco Photography, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael Grecco, President                                      Date ▶ 9/5/00

Handwritten signature (X) ▼

X

---

| Certificate will be mailed in window envelope to this address: | Name ▼ Michael Grecco Photography, Inc. |
| | Number/Street/Apt ▼ 1701 Pier Avenue |
| | City/State/ZIP ▼ Santa Monica, CA 90405 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of July 1, 1999, the filing fee for Form VA is $30.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—100,000  ♲ PRINTED ON RECYCLED PAPER   ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/71
WEB REV: June 1999



# DMCA Takedown Notice

## Copyright Infringement Notice

Copyright Department <copyright@grecco.com>
Thu 4/4/2024 10:48 PM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (1 MB)
20000810_To_20000905_Grecco_Unpublished_0019_compressed (1).pdf; Screenshot_1.jpg;

April 4, 2024

Copyright Agent
Fandom, Inc.
130 Sutter Street, 4th Floor
San Francisco, CA 94104

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material.**

   Work: Photograph titled "20000826_Big_Trouble_Tim_Allen_MGP_0001.jpg"

   Location:

      https://memorydelta.fandom.com/wiki/John_Taggart_(mirror)

      https://memorydelta.fandom.com/wiki/John_Taggart_(mirror)?file=John_Taggart_%28mirror%29.jpg

      https://static.wikia.nocookie.net/memorydelta/images/e/e8/John_Taggart_%28mirror%29.jpg/revision/latest?cb=20150322024110

   File/excerpt name: 20000826_Big_Trouble_Tim_Allen_MGP_0001.jpg

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

   Michael Grecco Productions, Inc.
   3103 17th Street
   Santa Monica, CA 90405
   +1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.




**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





# Acknowledgment of DMCA

**Fandom welcome email**

Fandom <support@fandom.zendesk.com>
Thu 4/4/2024 10:48 PM
To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/E2UJkFwxMNjSxY7tEw6bYxiov/

This email is a service from Fandom. Delivered by Zendesk