# EXHIBIT BB









è non perdere mai un colpo.

**ESPLORA LE PROPRIETÀ**
Fandom
Muthead
Fanatical

Su di noi
Lavora con noi
Stampa
Contattaci
Termini di utilizzo
Informativa sulla privacy
Regolamento sui servizi digitali
Mappa del sito globale
Mappa del sito locale

Supporto
Aiuto

**PUBBLICIZZA**
Media Kit

**SEGUICI**



USCO Registration
VA-2-064-915

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kayn Leigh Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-064-915

**Effective Date of Registration:**
August 29, 2017

---

## Title

**Title of Work:** Group Registration Photos, Grecco Photography Hercules-Xena, published on or about June 7, 1997, 32 images, Photos

**Content Title:** 19970506_Sorbo_Kevin_Hercules_MGP_0004

19970506_Sorbo_Kevin_Hercules_MGP_0005

19970506_Sorbo_Kevin_Hercules_MGP_0006

19970506_Sorbo_Kevin_Hercules_MGP_0007

19970506_Sorbo_Kevin_Hercules_MGP_0008

19970506_Sorbo_Kevin_Hercules_MGP_0009

19970506_Sorbo_Kevin_Hercules_MGP_0010

19970506_Sorbo_Kevin_Hercules_MGP_0011

19970506_Sorbo_Kevin_Hercules_MGP_0012

19970506_Sorbo_Kevin_Hercules_MGP_0013

19970506_Xena_Lawless_Lucy_MGP_0022

19970506_Xena_Lawless_Lucy_MGP_0023

19970506_Xena_Lawless_Lucy_MGP_0024

19970506_Xena_Lawless_Lucy_MGP_0025

19970506_Xena_Lawless_Lucy_MGP_0026

19970506_Xena_Lawless_Lucy_MGP_0027

19970506_Xena_Lawless_Lucy_MGP_0028

19970506_Xena_Lawless_Lucy_MGP_0029

19970506_Xena_Lawless_Lucy_MGP_0030

19970506_Xena_Lawless_Lucy_MGP_0031

19970506_Xena_Lawless_Lucy_MGP_0032

19970506_Xena_Lawless_Lucy_MGP_0033

19970506_Xena_Lawless_Lucy_MGP_0034

19970506_Xena_Lawless_Lucy_MGP_0035

19970506_Xena_Lawless_Lucy_MGP_0036

19970506_Xena_Lawless_Lucy_MGP_0037

19970506_Xena_Lawless_Lucy_MGP_0038

19970506_Xena_Lawless_Lucy_MGP_0039

19970506_Xena_Lawless_Lucy_MGP_0040

19970506_Xena_Lawless_Lucy_MGP_0041

19970506_Xena_Lawless_Lucy_MGP_0042

19970506_Xena_Lawless_Lucy_MGP_0043

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | June 07, 1997 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. |
| | 3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | By Written Agreement |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

**Correspondence:** Yes
**Copyright Office notes:** Regarding group registration: Photos published "on or about" January 7, 1998

VA- 2064-915

Registration Number

**\*-APPLICATION-\***

#0229

## Title

_____

**Title of Work:** Group Registration Photos, Grecco Photography Hercules-Xena, published on or about June 7, 1997, 32 images, Photos

**Content Title:** 19970506_Sorbo_Kevin_Hercules_MGP_0004

19970506_Sorbo_Kevin_Hercules_MGP_0005

19970506_Sorbo_Kevin_Hercules_MGP_0006

19970506_Sorbo_Kevin_Hercules_MGP_0007

19970506_Sorbo_Kevin_Hercules_MGP_0008

19970506_Sorbo_Kevin_Hercules_MGP_0009

19970506_Sorbo_Kevin_Hercules_MGP_0010

19970506_Sorbo_Kevin_Hercules_MGP_0011

19970506_Sorbo_Kevin_Hercules_MGP_0012

19970506_Sorbo_Kevin_Hercules_MGP_0013

19970506_Xena_Lawless_Lucy_MGP_0022

19970506_Xena_Lawless_Lucy_MGP_0023

19970506_Xena_Lawless_Lucy_MGP_0024

19970506_Xena_Lawless_Lucy_MGP_0025

19970506_Xena_Lawless_Lucy_MGP_0026

19970506_Xena_Lawless_Lucy_MGP_0027

19970506_Xena_Lawless_Lucy_MGP_0028

19970506_Xena_Lawless_Lucy_MGP_0029

19970506_Xena_Lawless_Lucy_MGP_0030

19970506_Xena_Lawless_Lucy_MGP_0031

19970506_Xena_Lawless_Lucy_MGP_0032

19970506_Xena_Lawless_Lucy_MGP_0033

Page 1 of 3

Neo

**Registration #:**  *-APPLICATION-*
**Service Request #:**  1-5769612329

## Mail Certificate

Michael Grecco Productions, Inc.
Michael Grecco
3103 17th Street
Santa Monica, CA 90405 United States

**Priority:**  Routine          **Application Date:**  August 29, 2017

## Correspondent

**Organization Name:**  Michael Grecco Productions, Inc.
**Name:**  Michael Grecco
**Email:**  michael@michaelgrecco.com
**Telephone:**  (310)452-4461
**Fax:**  (310)452-4462
**Address:**  3103 17th Street
Santa Monica, CA 90405 United States

19970506_Xena_Lawless_Lucy_MGP_0034

19970506_Xena_Lawless_Lucy_MGP_0035

19970506_Xena_Lawless_Lucy_MGP_0036

19970506_Xena_Lawless_Lucy_MGP_0037

19970506_Xena_Lawless_Lucy_MGP_0038

19970506_Xena_Lawless_Lucy_MGP_0039

19970506_Xena_Lawless_Lucy_MGP_0040

19970506_Xena_Lawless_Lucy_MGP_0041

19970506_Xena_Lawless_Lucy_MGP_0042

19970506_Xena_Lawless_Lucy_MGP_0043

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1997 |
| **Date of 1st Publication:** | June 07, 1997 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Michael Grecco |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |
| **Year Born:** | 1958 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Michael Grecco Productions, Inc. |
| | 3103 17th Street, Santa Monica, CA, 90405, United States |
| **Transfer statement:** | Assignment of Rights |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Michael Grecco Productions, Inc. |
| **Name:** | Michael Grecco |
| **Email:** | michael@michaelgrecco.com |
| **Telephone:** | (310)452-4461 |
| **Address:** | 3103 17th Street |
| | Santa Monica, CA 90405 United States |

## Certification

**Name:** Michael Grecco
**Date:** August 29, 2017

## 20170817_Grecco_Photography_Xena_Hercules

| Name | Kind | Size | Date Modified |
|---|---|---|---|
| 19970506_Sorbo_Kevin_Hercules_MGP_0004.jpg | Adobe Photoshop JPEG file | 173 KB | 8/21/17 at 5:38:23 AM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0005.jpg | Adobe Photoshop JPEG file | 7 KB | 8/22/17 at 10:22:34 AM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0006.jpg | Adobe Photoshop JPEG file | 156 KB | 8/22/17 at 4:13:29 PM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0007.jpg | Adobe Photoshop JPEG file | 133 KB | 8/22/17 at 10:24:07 AM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0008.jpg | Adobe Photoshop JPEG file | 274 KB | 8/24/17 at 2:58:16 PM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0009.jpg | Adobe Photoshop JPEG file | 64 KB | 8/24/17 at 3:06:12 PM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0010.jpg | Adobe Photoshop JPEG file | 28 KB | 8/24/17 at 3:11:28 PM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0011.jpg | Adobe Photoshop JPEG file | 69 KB | 8/24/17 at 3:04:55 PM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0012.png | Portable Network Graphics image | 599 KB | 8/28/17 at 2:52:48 PM |
| 19970506_Sorbo_Kevin_Hercules_MGP_0013.jpg | Adobe Photoshop JPEG file | 28 KB | 8/28/17 at 3:03:33 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0022.jpg | Adobe Photoshop JPEG file | 62 KB | 8/22/17 at 11:50:49 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0023.jpg | Adobe Photoshop JPEG file | 80 KB | 8/22/17 at 11:51:08 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0024.jpg | Adobe Photoshop JPEG file | 88 KB | 8/23/17 at 12:14:59 AM |
| 19970506_Xena_Lawless_Lucy_MGP_0025.jpg | Adobe Photoshop JPEG file | 24 KB | 8/23/17 at 12:12:26 AM |
| 19970506_Xena_Lawless_Lucy_MGP_0026.jpg | Adobe Photoshop JPEG file | 23 KB | 8/23/17 at 12:46:19 AM |
| 19970506_Xena_Lawless_Lucy_MGP_0027.jpg | Adobe Photoshop JPEG file | 48 KB | 8/22/17 at 11:55:36 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0028.jpg | Adobe Photoshop JPEG file | 34 KB | 8/23/17 at 12:13:43 AM |
| 19970506_Xena_Lawless_Lucy_MGP_0029.jpg | Adobe Photoshop JPEG file | 57 KB | 8/23/17 at 12:31:42 AM |
| 19970506_Xena_Lawless_Lucy_MGP_0030.jpg | Adobe Photoshop JPEG file | 46 KB | 8/23/17 at 12:18:37 AM |
| 19970506_Xena_Lawless_Lucy_MGP_0031.jpg | Adobe Photoshop JPEG file | 57 KB | 8/23/17 at 3:42:07 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0032.jpg | Adobe Photoshop JPEG file | 48 KB | 8/23/17 at 3:52:22 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0033.jpg | Adobe Photoshop JPEG file | 177 KB | 8/23/17 at 4:43:22 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0034.jpg | Adobe Photoshop JPEG file | 65 KB | 8/23/17 at 4:55:56 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0035.jpg | Adobe Photoshop JPEG file | 188 KB | 8/23/17 at 4:56:27 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0036.jpg | Adobe Photoshop JPEG file | 108 KB | 8/23/17 at 3:43:11 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0037.jpg | Adobe Photoshop JPEG file | 100 KB | 8/23/17 at 3:43:31 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0038.jpg | Adobe Photoshop JPEG file | 3 KB | 8/23/17 at 3:52:45 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0039.jpg | Adobe Photoshop JPEG file | 82 KB | 8/23/17 at 4:58:30 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0040.jpg | Adobe Photoshop JPEG file | 3.7 MB | 8/22/17 at 10:41:51 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0041.jpg | Adobe Photoshop JPEG file | 60 KB | 8/23/17 at 3:06:56 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0042.jpg | Adobe Photoshop JPEG file | 44 KB | 8/22/17 at 11:15:57 PM |
| 19970506_Xena_Lawless_Lucy_MGP_0043.jpg | Adobe Photoshop JPEG file | 74 KB | 8/23/17 at 3:42:42 PM |
| Print Options.pdf | Adobe PDF document | 0 bytes | 8/29/17 at 4:05:39 PM |

Wednesday, February 27, 2019 at 4:39:43 PM Pacific Standard Time

**Subject:** Confirmation of Receipt
**Date:** Tuesday, August 29, 2017 at 4:36:41 PM Pacific Daylight Time
**From:** Copyright Office
**To:** Michael Grecco (M@MG.COM)

THIS IS AN AUTOMATED EMAIL - PLEASE DO NOT REPLY.

Your Application and payment for the work Group Registration Photos, Grecco Photography Hercules-Xena, published on or about June 7, 1997, 32 images, Photos were received by the U.S.Copyright Office on 8/29/2017.

PLEASE NOTE:  Your submission is not complete until you upload or mail the material you are registering. To do so, logon to https://eco.copyright.gov/eService_enu/ and click on case number 1-5769612329 in the Open Cases table. Follow the instructions to either upload a digital copy or mail a physical copy (with shipping slip attached) of the work being registered. Additional instructions and requirements for submitting the material being registered can be found at http://www.copyright.gov/eco/tips/.

SHIPPING SLIPS:  If you mail physical copies of the material being registered, the effective date of registration will be based on the date on which we receive the copies WITH CORRESPONDING SHIPPING SLIPS ATTACHED.

A printable copy of the application will be available within 24 hours by clicking the My Applications link in the left top most navigation menu of the Home screen.

You may check the status of this claim via eCO using this number 1-5769612329. If you have questions or need assistance, Copyright Office contact information can be found at http://www.copyright.gov/help/index.html#general.

United States Copyright Office

Wednesday, February 27, 2019 at 4:39:51 PM Pacific Standard Time

**Subject:** Acknowledgement of Uploaded Deposit

**Date:**     Tuesday, August 29, 2017 at 4:48:20 PM Pacific Daylight Time

**From:**    Copyright Office

**To:**       Michael Grecco (M@MG.COM)

THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT REPLY.

Thank you for submitting your registration claim using the Electronic Copyright Office (ECO) System.

The following files were successfully uploaded for service request 1-5769612329

File Name :20170829_grecco_photography_xena_hercules.zip
File Size :6899738 KB
Date/Time :8/29/2017 7:37:45 PM


[THREAD ID: 1-2NF3DEQ]

United States Copyright Office

Wednesday, February 27, 2019 at 4:39:54 PM Pacific Standard Time

**Subject:** Pay.gov Payment Confirmation: Copyright Fee Services

**Date:**   Tuesday, August 29, 2017 at 4:36:41 PM Pacific Daylight Time

**From:**   paygovadmin@mail.doc.twai.gov

**To:**     Michael Grecco (M@MG.COM)

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or wish to cancel
this payment, you will need to contact Copyright Fee Services at 877-476-0778.

Application Name: Copyright Fee Services
Pay.gov Tracking ID: 264H8RHA
Agency Tracking ID: 1-2NF2TKF

Account Holder Name: Michael Grecco Productions, Inc.
Transaction Type: ACH Debit
Transaction Amount: $55.00
Payment Date: Aug 30, 2017
Account Type: Business Checking
Routing Number: 122016066
Account Number: ************3281

Transaction Date: Aug 29, 2017 7:36:41 PM
Total Payments Scheduled: 1
Frequency: OneTime

Filing Fees are NON-refundable.:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.



19970506_Xena_Lawless_Lucy_MGP_0024



19970506_Xena_Lawless_Lucy_MGP_0026



19970506_Xena_Lawless_Lucy_MGP_0035



19970506_Sorbo_Kevin_Hercules_MGP_0007



19970506_Sorbo_Kevin_Hercules_MGP_0008



19970506_Xena_Lawless_Lucy_MGP_0040



19970506_Xena_Lawless_Lucy_MGP_0029



19970506_Xena_Lawless_Lucy_MGP_0041



19970506_Xena_Lawless_Lucy_MGP_0033



19970506_Sorbo_Kevin_Hercules_MGP_0004



19970506_Sorbo_Kevin_Hercules_MGP_0005



19970506_Sorbo_Kevin_Hercules_MGP_0006



19970506_Sorbo_Kevin_Hercules_MGP_0009



19970506_Sorbo_Kevin_Hercules_MGP_0010



19970506_Sorbo_Kevin_Hercules_MGP_0011



19970506_Sorbo_Kevin_Hercules_MGP_0012



19970506_Sorbo_Kevin_Hercules_MGP_0013



19970506_Xena_Lawless_Lucy_MGP_0022



19970506_Xena_Lawless_Lucy_MGP_0023



19970506_Xena_Lawless_Lucy_MGP_0027



19970506_Xena_Lawless_Lucy_MGP_0028



19970506_Xena_Lawless_Lucy_MGP_0030



19970506_Xena_Lawless_Lucy_MGP_0031



19970506_Xena_Lawless_Lucy_MGP_0032



19970506_Xena_Lawless_Lucy_MGP_0034



19970506_Xena_Lawless_Lucy_MGP_0036



19970506_Xena_Lawless_Lucy_MGP_0037



19970506_Xena_Lawless_Lucy_MGP_0038



19970506_Xena_Lawless_Lucy_MGP_0039



19970506_Xena_Lawless_Lucy_MGP_0042



19970506_Xena_Lawless_Lucy_MGP_0043

# DMCA Takedown Notice

## Copyright Infringement Notice

**Copyright Department <copyright@grecco.com>**
Tue 4/2/2024 5:02 PM

To:copyright@wikia.com <copyright@wikia.com>
Cc:Michael Grecco <mg@grecco.com>
Bcc:Elizabeth Waterman <elizabeth@elizabethwaterman.com>

📎 2 attachments (830 KB)
20170829_Grecco_Photography_Xena_Hercules (1).pdf; Screen Shot 2024-04-02 170104.JPG;

April 2, 2024

Copyright Agent
Fandom, Inc.
130 Sutter Street, 4th Floor
San Francisco, CA 94104

To Whom It May Concern:

This is notice pursuant to section 512(c) of the Digital Millennium Copyright Act that your website service is hosting material that infringes my copyright. As a service provider, you are required to **expeditiously remove or disable access to the infringing material**.

Work: Photograph titled "19970506_Xena_Lawless_Lucy_MGP_0041.jpg"

Locations:

https://villains.fandom.com/it/wiki/Xena/Gallery

https://villains.fandom.com/it/wiki/Xena/Gallery?file=Article-2266934-0027E2DF00000258-904_306x661.jpg

https://static.wikia.nocookie.net/villains/images/d/d2/Article-2266934-0027E2DF00000258-904_306x661.jpg/revision/latest?cb=20160511173818&path-prefix=it

File/excerpt name: 19970506_Xena_Lawless_Lucy_MGP_0041.jpg

I am the author and copyright owner of the work listed above. This work has been posted to your service without my permission.

Claimant:

Michael Grecco Productions, Inc.
3103 17th Street
Santa Monica, CA 90405

+1 310-452-4461

I have a good-faith belief that the use of the material that appears on the service is not authorized by me, by my agent, or by operation of law.

I declare under penalty of perjury, pursuant to the laws of the United States of America, that this notification is true and accurate, and that I am either the copyright owner or I am authorized by the copyright owner, by their agent, or by operation of law.

Please contact me at the email listed above indicating your prompt response.


Sincerely,


Michael Grecco
President/CEO
Michael Grecco Productions, Inc.



**Michael Grecco**
Director + Photographer
O: +1-310-452-4461
M: +1-310-251-4451
W: Grecco.com

calendly.com/michaelgrecco

**Amazon Best Seller:** *Punk, Post Punk, New Wave: Onstage, Backstage, In Your Face*





# Acknowledgment of DMCA

## Fandom welcome email

### Fandom <support@fandom.zendesk.com>

Tue 4/2/2024 5:02 PM

To:Copyright Department <copyright@grecco.com>

Welcome to Fandom Support! To help assist you, please click the link below to create a password and sign-in.

Note that this account is separate to your Fandom account, and we may not be able to assist you until you click this link to verify the request.

https://support.fandom.com/verification/ticket/fFIbYOfN4JXvIUxr3nyqw4Fzg/

This email is a service from Fandom. Delivered by Zendesk