1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FANDOM, INC. and DOES 1-100, inclusive,<br><br>　　　　　Defendant. | Case No: 2:24-cv-05963-MWC-BFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT FANDOM, INC.'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:　　　　July 11, 2025<br>Time:　　　　1:30 pm<br>Courtroom:　　6A<br><br>Complaint Filed:　July 16, 2024 |

# [PROPOSED] ORDER

Before the Court is the Motion of Defendant Fandom, Inc. for fees and costs under 17 U.S.C. §§ 505.  Having reviewed the motion and supporting documents, Plaintiff's opposition to the motion and supporting documents, and the other pleadings and papers on file in this action, the Court hereby **GRANTS** Defendant's motion and awards fees and costs to Defendant in the amount $618,281.54, which accounts for reasonable attorneys' fees of $592,916.50 and $25,365.04 in full costs as of May 22, 2025.  Additionally, within 7 days of this order, Defendant may file a supplemental request for additional fees and costs for time spent on and after May 23, 2025, when they filed the motion for attorneys' fees.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
Honorable Michelle Williams Court
UNITED STATES DISTRICT JUDGE