James H. Bartolomei III
(CSB No. 301678)
james@duncanfirm.com
DUNCAN FIRM, P.A.
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
Fax: (501) 228-0415

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> FANDOM, INC. and DOES 1-100, inclusive, <br><br> *Defendant*. | Case No: 2:24-cv-05963-MWC-BFM <br><br> **PLAINTIFF MICHAEL GRECCO PRODUCTIONS, INC.'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION [DKT. 87]** <br><br> Hearing Date: July 11, 2025[1] <br> Time: Tuesday, 1:30pm PT <br> Crtrm.: 6A <br> Honorable Michelle Williams Court |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD: PLEASE TAKE NOTICE that, on July 11, 2025 at 1:30 p.m. in the above-referenced Courtroom, Plaintiff Michael Grecco Productions, Inc. will and hereby does move the Court to reconsider the Court's Order granting Defendant Fandom, Inc.'s motion for summary judgment pursuant to Civ. L.R. 7-18. (Dkt. 87). The

---

[1] As of this submission, this is the earliest open motion date on the Court's civil calendar.

Order (Dkt. 87) is dated May 9, 2025; however, the Order was not served via the ECF system until May 12, 2025, with May 27, 2025 as the 14 day deadline to file this Motion because May 26, 2025 is Memorial Day, a federal holiday.

Reconsideration is warranted because the Court overlooked material facts in dispute from which a reasonable jury could infer that Fandom was willfully blind to infringement of Plaintiff's 28 Images. The Court improperly credited Fandom's framing of key facts, failed to apply the correct Rule 56 standard requiring inferences in Plaintiff's favor, and misapplied the willful blindness doctrine by collapsing it into a requirement of direct evidence of actual knowledge. These legal and factual errors resulted in premature adjudication of issues that should have been presented to a jury.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this action, and further argument and evidence as may be presented at or before the hearing. This Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on May 19, 2025 via Zoom with counsel for Fandom. Inc., Ciara McHale.

Dated: May 27, 2025

                                        Respectfully submitted,

                                        By:   */s/James H. Bartolomei III*
                                        James H. Bartolomei III
                                        DUNCAN FIRM P.A.

                                        *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

Notification was sent electronically on May 27, 2025 via ECF:

Honorable Judge Michelle Williams Court

United States District Court

Central District of California

And served on:

All Counsel of Record on the ECF

*s/ James H. Bartolomei III*

James H. Bartolomei