# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FANDOM, INC. and DOES 1-100, inclusive, <br><br> Defendant. | Case No: 2:24-cv-05963-MWC-BFM <br><br> **[PROPOSED] ORDER FOR PLAINTIFF'S MOTION FOR RECONSIDERATION** <br><br> Hearing Date: July 11, 2025 <br> Time: Tuesday, 1:30pm PT <br> Crtrm.: 6A <br> Honorable Michelle Williams Court |

Having considered Plaintiff Michael Grecco Productions Inc.'s Motion For Reconsideration of the Court's order granting summary judgment (Dkt. 87), and pursuant to Federal Rules of Civil Procedure 59(e) and L.R. 7-18, the Court hereby grants the Motion based on:

1. Material facts remain in dispute from which a reasonable jury could infer willful blindness regarding Fandom's knowledge of the Takedown Requests;

2. Fandom's destruction (even in the absence of intent to deprive) of relevant evidence concerning the Requests may warrant an adverse inference or other curative relief under Rule 37(e); and

3. The DMCA requires only that Takedown Requests be delivered to the designated agent at the registered email address—without any further registration

**[PROPOSED] ORDER FOR PLAINTIFF'S MOTION FOR RECONSIDERATION**
-1-

or verification or platform-specific steps to perfect such Requests. *See* 17 U.S.C. § 512(c)(3).

IT IS SO ORDERED.

DATED: _____, 2025

                                                                                _____
Hon. Michelle Williams Court
United States District Judge