James H. Bartolomei III
(CSB No. 301678)
Email: james@duncanfirm.com
DUNCAN FIRM, P.A.
809 W. 3rd Street
Little Rock, Arkansas 72201
Telephone: (501) 228-7600
Fax: (501) 228-0415

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FANDOM, INC. and DOES 1-100, inclusive, <br><br> Defendant. | Case No: 2:24-cv-05963-MWC-BFM <br><br> **NOTICE OF PROTECTIVE APPEAL** |

Plaintiff Michal Grecco Productions Inc. hereby files its notice of protective appeal of the Court's order granting Defendant Fandom's motion for summary judgment, which order was entered on May 12, 2025. See Dkt. 87. Plaintiff files this notice to protect its rights and respectfully requests that the Court strike or dismiss this notice if it concludes that the time to appeal has not yet commenced because a final judgment has not yet been entered and Plaintiff's Rule 59(e) motion (Dkt. 96) has not been decided.

Dated: June 11, 2025

Respectfully Submitted,

**DUNCAN FIRM, P.A.**

<u>/s/James H. Bartolomei III</u>

James H. Bartolomei III

*Attorneys for Plaintiff*

**NOTICE OF PROTECTIVE APPEAL** -1-

# CERTIFICATE OF SERVICE

Filed electronically on this June 11, 2025, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Michelle Williams Court
United States District Court
Central District of California

JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
CHIEH TUNG (CSB No. 318963)
chieh@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Defendants


On this June 11, 2025

**DUNCAN FIRM, P.A.**

*/s/James H. Bartolomei III*
James H. Bartolomei III