UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| **Case No.:** 2:24-cv-05963-MWC-BFM | **Date:** June 16, 2025 |

**Title:** *Michael Grecco Productions, Inc. v. Fandom, Inc.*

================================================================

**Present:** The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) Further Order Re: Plaintiff's Discovery Motion (ECF 53)

On May 15, 2025, this Court granted in part Plaintiff's discovery-related motion. (ECF 90 (granting in part ECF 53).) The Court indicated that it was inclined to award Plaintiff's fees relating to a third-party subpoena, but that Plaintiff had not adequately documented the amount of fees that should be awarded. The Court ordered the parties to meet and confer and instructed Plaintiff to submit a further declaration by June 4, 2025, supporting its request if no agreement was reached. Plaintiff did not do so.

It is Plaintiff's burden to support a request for fees and costs with information that would permit this Court to find the reasonable amount that should be awarded under Rule 37 of the Federal Rules of Civil Procedure. *Welch v. Metro. Life Ins. Co.*, 480 F.3d 942, 945-46 (9th Cir. 2007); *Finley v. Hartford Life & Acc. Ins. Co.*, 249 F.R.D. 329, 333 (N.D. Cal. 2008). Plaintiff has not done so. The Court thus declines to award fees.

**IT IS SO ORDERED**.

Initials of Preparer: ch.