# EXHIBIT 17

| Date | Timekeeper | Description | Time |
|---|---|---|---|
| 5/23/2025 | Ciara McHale | Revise, finalize, and file motion for attorneys fees and bill of costs and supporting documents. | 9.3 |
| 5/27/2025 | Ciara McHale | Review motion for reconsideration of summary judgment order and discuss motion with J. Kelly. | 0.4 |
| 5/28/2025 | Ciara McHale | Confer with client re motion for reconsideration of summary judgment ruling. | 0.3 |
| 5/29/2025 | Ciara McHale | Draft and file submission to court re discovery order. | 0.4 |
| 5/30/2025 | Ciara McHale | Confer with client re follow up on discovery motion and order. | 0.4 |
| 6/2/2025 | Ciara McHale | Update insurer re pending motions. | 0.5 |
| 6/2/2025 | Ciara McHale | Outline arguments for opposition to motion for reconsideration of summary judgment ruling. | 2.1 |
| 6/3/2025 | Ciara McHale | Draft and revise outline of arguments for opposition to motion to reconsider the summary judgment order. | 2.8 |
| 6/4/2025 | Ciara McHale | Draft opposition to motion for reconsideration of summary judgment ruling. | 0.1 |
| 6/4/2025 | Ciara McHale | Review and confer with J. Kelly re correspondence from insurer. | 0.2 |
| 6/5/2025 | Ciara McHale | Draft email to insurer. | 1.1 |
| 6/5/2025 | Ciara McHale | Draft opposition to motion to reconsider and conduct legal research for draft. | 1.7 |
| 6/6/2025 | Ciara McHale | Draft opposition to motion for reconsideration. | 4.7 |
| 6/10/2025 | Ciara McHale | Draft opposition to motion for reconsideration. | 2.1 |
| 6/20/2025 | Ciara McHale | Finalize and file opposition to motion for reconsideration. | 2.1 |
| 6/23/2025 | Ciara McHale | Confer with insurer re pending motions and briefing. | 0.2 |
| 6/23/2025 | Ciara McHale | Outline arguments for reply in support of fees motion. | 1.5 |
| 6/23/2025 | Ciara McHale | Conduct research for reply in support of fees motion. | 1.0 |
| 6/24/2025 | Ciara McHale | Outline arguments and conduct legal research for reply in support of fees motion. | 5.1 |
| 6/25/2025 | Ciara McHale | Draft reply in support of motion for attorneys' fees. | 4.8 |
| 6/26/2025 | Ciara McHale | Draft and revise reply brief in support of fees motion. | 5.9 |
| 6/26/2025 | Ciara McHale | Draft declaration in support of fees motion. | 0.9 |
| 5/23/2025 | Jennifer Kelly | Review and revise declaration supporting fee motion and confer with C. McHale regarding evidence. | 1.0 |
| 5/27/2025 | Jennifer Kelly | Review and discuss plaintiff's motion for reconsideration with C.McHale and R. Tyz. | 0.7 |
| 5/28/2025 | Jennifer Kelly | Confer with C. McHale on structure for opposition to motion for reconsideration. | 0.2 |
| 6/2/2025 | Jennifer Kelly | Confer with C. McHale regarding strategy re plaintiff's demand for fees. | 0.1 |
| 6/3/2025 | Jennifer Kelly | Review and comment on draft outline for opposition to motion for reconsideration. | 0.5 |
| 6/11/2025 | Jennifer Kelly | Review notice of appeal and confer with C. McHale regarding same. | 0.2 |
| 6/11/2025 | Jennifer Kelly | Review and comment on opposition to motion for reconsideration. | 1.0 |
| 6/16/2025 | Jennifer Kelly | Review order denying MGPI fee request and update client. | 0.2 |
| 6/20/2025 | Jennifer Kelly | Review and comment on MGPI's opposition to fee motion. | 1.0 |

| Date | Timekeeper | Description | Time |
|---|---|---|---|
| 6/23/2025 | Jennifer Kelly | Consider and instruct C. McHale regarding arguments for reply brief on fee motion. | 0.6 |
| 6/25/2025 | Jennifer Kelly | Review and comment on outline for reply brief on fee motion. | 1.0 |
| 6/26/2025 | Jennifer Kelly | Review and revise draft reply on fee motion. | 1.2 |
| 6/26/2025 | Jennifer Kelly | Review and revise Kelly declaration in support of fee motion. | 0.3 |
| 5/23/2025 | Tiffany Weger | Draft Table of Authorities and Table of Contents to Motion for Attorneys' Fees and Costs. | 1.0 |
| 5/27/2025 | Tiffany Weger | Manage case deadlines related to Motion for Reconsideration. | 0.2 |
| 5/27/2025 | Tiffany Weger | Manage case deadlines related to Motion for Attorneys' Fees and Costs. | 0.2 |
| 5/30/2025 | Tiffany Weger | Draft Opposition and supporting documents to Motion for Reconsideration. | 1.0 |
| 6/23/2025 | Tiffany Weger | Draft Reply ISO Motion for Attorneys' Fees and Costs with Supporting Declaration. | 0.5 |
| 6/25/2025 | Tiffany Weger | Conduct fact research related to disclosure statement. | 0.2 |