# EXHIBIT 18

| Date | Hours | Description | Rate ($) | Billable ($) | User | ID | Created at |
|---|---|---|---|---|---|---|---|
| 2/19/2025 | 2.1 | draft subpoena for Zendesk | 825 | $1,732.50 | James Bartolomei | 6605792926 | 02/19/2025 6:22 PM CST |
| 2/21/2025 | 0.2 | draft MGPI v. Fandom - Notice of intent to serve subpoena on Zendesk Inc. | 825 | $165.00 | James Bartolomei | 6608808586 | 02/21/2025 8:40 AM CST |
| 2/25/2025 | 0.2 | MGPI v. Fandom - Notice of intent to serve subpoena on Zendesk Inc.<br><br>meet and confer with opp counsel | 825 | $165.00 | James Bartolomei | 6616962226 | 02/25/2025 5:13 PM CST |
| 3/6/2025 | 0.2 | serve MGP v. Fandom Inc. - Zendesk subpoena decus tecum | 825 | $165.00 | James Bartolomei | 6642442051 | 03/06/2025 11:15 AM CST |
| 3/6/2025 |  | Serve fee of $75 to serve subpoena |  | $75.00 |  |  |  |
| 3/13/2025 | 0.7 | Meet and confer call with Zendesk counsel re subpoena | 825 | $577.50 | James Bartolomei | 6657362042 | 03/13/2025 3:52 PM CDT |
| 3/14/2025 | 0.3 | Read and review email correspondence regarding: MGP v. Fandom Inc. - Zendesk subpoena decus tecum | 825 | $247.50 | James Bartolomei | 6659717987 | 03/14/2025 2:57 PM CDT |
| 3/20/2025 | 0.4 | Read and review correspondence regarding: MGP v. Fandom Inc. - Zendesk subpoena decus tecum and call with Zendesk counsel | 825 | $330.00 | James Bartolomei | 6671366207 | 03/20/2025 9:35 PM CDT |
|  | 4.1 |  |  | $3,457.50 |  |  |  |