Name: Ciara McHale | Tyz Law Group
Address: 1 Embarcadero Center, Suite 1200
City, State, Zip: San Francisco, CA 94111
Phone: (415) 868-6900
Fax:
E-Mail: ciara@tyzlaw.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL GRECCO PRODUCTIONS, INC.,

PLAINTIFF(S),

v.

MICHAEL GRECCO PRODUCTIONS, INC.,

DEFENDANT(S).

CASE NUMBER:

2:24-cv-05963-MWC-BFM

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Fandom, Inc._ hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

*Name of Appellant*

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify):
Order denying Defendant Fandom Inc.'s Motion for Attorneys' Fees (Dkt. #115)
☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _July 9, 2025_. Entered on the docket in this action on _July 9, 2025_.

A copy of said judgment or order is attached hereto.

08/05//2025
Date

/s/Ciara McHale
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).