# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Fandom, Inc.

Name(s) of counsel (if any):

Jennifer Kelly, Ryan Tyz, Ciara McHale, Chieh Tung; Tyz Law Group PC

Address: 1 Embarcadero Center, Suite 1200, San Francisco, CA 94111

Telephone number(s): (415) 868-6900

Email(s): jennifer@tyzlaw.com, ryan@tyzlaw.com, ciara@tyzlaw.com, chieh@ty

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Michael Grecco Productions, Inc.

Name(s) of counsel (if any):

James H. Bartolomei III; Duncan Firm, P.A.

Address: 809 W. 3rd Street, Little Rock, AR 72201

Telephone number(s): (501) 228-7600

Email(s): james@duncanfirm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:
Michael Grecco Productions, Inc.

Name(s) of counsel (if any):
Peter E. Perkowski; Perkowski Legal, PC

Address: 515 S. Flower Street, Suite 1800, Los Angeles, CA 90071

Telephone number(s): (213) 340-5796

Email(s): peter@perkowskilegal.com

Name(s) of party/parties:
Michael Grecco Productions, Inc.

Name(s) of counsel (if any):
Skyler Allen; Gansen Law Group

Address: 8335 Sunset Blvd., Suite 204, Los Angeles, CA 90069

Telephone number(s): (310) 879-9424

Email(s): skyler@gansenlawgroup.com

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 6                                                  2                                          New 12/01/2018