FILED

SEP 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br>    Plaintiff - Appellant, <br><br> v. <br><br> FANDOM, INC., <br><br>    Defendant - Appellee, <br><br> and <br><br> DOES, 1-100, inclusive, <br><br>    Defendant. | No. 25-3726 <br><br> D.C. No. 2:24-cv-05963-MWC-BFM <br> Central District of California, Los Angeles <br><br> ORDER |
| MICHAEL GRECCO PRODUCTIONS, INC., <br><br>    Plaintiff - Appellee, <br><br> v. <br><br> FANDOM, INC., <br><br>    Defendant - Appellant. | No. 25-4948 <br> D.C. No. 2:24-cv-05963-MWC-BFM <br> Central District of California, Los Angeles |

The stipulated motion (Docket Entry No. 19) for voluntary dismissal with prejudice is granted. *See* Fed. R. App. P. 42(b). Case Nos. 25-3726 and 25-4948 are dismissed. This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT